**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

William C. Hahesy #105743

Attorneys for: Defendant NIBCO, INC.

FILED
2005 JUN 22  P 4: 08
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | Case No. 1:99-cv-06443 AWI SMS<br><br>**STIPULATION REGARDING SCHEDULE FOR DISPOSITIVE MOTIONS, DEFENDANT'S SUPPLEMENTAL RESPONSES, IF ANY, TO REQUESTS FOR ADMISSIONS AND DESIGNATION OF DAMAGE EXPERTS, AND ORDER THEREON** |

Plaintiffs Martha Rivera, et al. and Defendant NIBCO, Inc., by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. The parties intend to file cross-dispositive motions. Motions shall be filed on August 22, 2005, instead of the current date of August 15, 2005. The opposition briefs shall be filed on September 19, 2005. Any

{5098/004/00171581.DOC}

STIPULATION REGARDING SCHEDULE FOR DISPOSITIVE MOTIONS, DEFENDANT'S SUPPLEMENTAL RESPONSES, IF ANY, TO REQUESTS FOR ADMISSIONS AND DESIGNATION OF DAMAGE EXPERTS, AND [PROPOSED] ORDER THEREON

replies shall be filed on October 3, 2005. The hearing on the cross-dispositive motions will be October 17, 2005. The parties further agree that each side will fax and mail serve the memoranda of points of authorities filed in support of the motion, the opposition, and the replies by 5:00 p.m. on the same day that those memoranda are filed with the court. In addition, the parties agree each will also serve, by next day overnight mail, hard copies of all papers filed in connection with these motions, including without limitation the statements of disputed and undisputed facts and the exhibits thereto.

2. Plaintiff has requested that Defendant supplement its responses to Plaintiffs' requests for admissions. In the event that Defendant NIBCO decides to supplement the discovery requests, Defendant NIBCO shall fax and mail serve the supplemental responses by 5:00 p.m. on July 15, 2005.

3. In the event that the parties have a dispute concerning the supplemental discovery responses, and if meet and confer efforts are unavailing, the parties agree to teleconference with the Honorable Sandra M. Snyder, United States Magistrate Judge, as soon as practicable after July 15, 2005, but no later than August 5, 2005 for purposes of resolving the disputes. The parties will submit letter briefs not to exceed five pages concerning any such discovery disputes. In event that any additional responses are ordered, Defendant NIBCO agrees that it will

{5098/004/00171581.DOC}

STIPULATION REGARDING SCHEDULE FOR DISPOSITIVE MOTIONS, DEFENDANT'S SUPPLEMENTAL RESPONSES, IF ANY, TO REQUESTS FOR ADMISSIONS AND DESIGNATION OF DAMAGE EXPERTS, AND [PROPOSED] ORDER THEREON

fax and mail serve any additional responses no later than 5:00 p.m. on August 15, 2005.

4.  The parties have agreed to a schedule for designation of damage experts and a deadline for related depositions. The parties agree that they will initially designate and disclose all damage experts by no later than October 10, 2005. The parties agree to make supplemental disclosures of damage experts by no later than November 11, 2005. The parties agree to complete all damage expert depositions by no later than December 9, 2005. The parties have entered into this stipulation concerning the designation of damage expert witnesses and related discovery with the understanding that this schedule will not be used in anyway as a basis by any party to seek or oppose bifurcation of this case.

///
///
///
///

5.  The parties also intend to meet and confer regarding other discovery issues, including, without limitation, the recent supplemental discovery responses submitted by plaintiffs. In the event that the parties are unable to resolve those or other outstanding discovery issues, the parties agree to participate in a conference call with the Honorable Sandra M. Snyder as soon as practicable and upon reasonable notice. The parties agree to submit letters briefs on these issues that will not exceed five pages in length.

{5098/004/00171581.DOC}

DATED: June 15, 2005.                SAGASER, JONES & HAHESY


By: ___/s/   Wlliam C. Hahesy___
William C. Hahesy,
Attorneys for Defendant,
NIBCO, INC.


DATED: June 15, 2005.                LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER


By: ___/s/   Christopher Ho___
Christopher Ho,
Attorneys for Plaintiffs,
Martha Rivera, et al.


## ORDER

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

**IT IS SO ORDERED.**

DATED: June 21, 2005


By: ___[signature]___
Honorable Sandra M. Snyder,
United States Magistrate Judge

{5098/004/00171581.DOC}

STIPULATION REGARDING SCHEDULE FOR DISPOSITIVE MOTIONS, DEFENDANT'S SUPPLEMENTAL RESPONSES, IF ANY, TO REQUESTS FOR ADMISSIONS AND DESIGNATION OF DAMAGE EXPERTS, AND [PROPOSED] ORDER THEREON