UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>    Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>    Defendant. | Case No. CIV F-99 6443 AWI SMS<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT NIBCO TO FILE DECLARATION OF WILLIAM C. HAHESY IN OPPOSITION TO PLAINTIFFS' MOTION FOR SEPARATE TRIAL ON PLAINTIFFS' CLAIMS FOR BACKPAY UNDER SEAL PURSUANT TO LOCAL RULE 39-141 AND ORDER THEREON**<br><br>Date:   August 8, 2004<br>Time:   1:30 p.m.<br>Crtrm:  3<br>Judge:  Honorable Anthony W. Ishii |

On July 22, 2005, the parties submitted the following stipulation:

Plaintiffs, Martha Rivera, et al. and Defendant NIBCO, et al., hereby stipulate and agree that Defendant NIBCO, Inc., may file the Declaration of William C. Hahesy in Opposition to Plaintiffs' Motion for Separate Trial on Plaintiffs' Claims for Backpay under seal pursuant to Local Rule 39-141.

Attached hereto as Exhibit "A" is Defendant, NIBCO, Inc., Ex Parte Application to file the Declaration of William C. Hahesy under seal. The Application sets forth the reasons for the request to file the documents under seal.

Dated: ~~February~~ July 22, 2005            THE LEGAL AID SOCIETY EMPLOYMENT
                                              LAW CENTER


                                                    _____/s/  Willie N. Nguyen_____

                Willie N. Nguyen
                Attorneys for Plaintiffs

DATED:  July 22, 2005.        SAGASER, JONES & HAHESY

                By:    /s/  William C. Hahesy
                    William C. Hahesy,
                    Attorneys for Defendant
                    NIBCO, INC.

## ORDER

The court having reviewed the foregoing stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Declaration of William C. Hahesy in Opposition to Plaintiff's Motion for Separate Trial of Plaintiffs' Claims for Backpay shall be filed by the Clerk of the Court under seal and remain so until further order of this court.

IT IS SO ORDERED.

**Dated:   July 25, 2005**                /s/ **Anthony W. Ishii**
0m8i78                UNITED STATES DISTRICT JUDGE