IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG  **Plaintiffs**,  v.  NIBCO, INC., an Indiana Corporation,  **Defendant**. | CIV- F-99-6443 AWI SMS  ORDER VACATING HEARING DATE OF AUGUST 8, 2005, AND MOVING THE MATTER SO AS TO BE HEARD IN CONJUNCTION WITH DISPOSITIVE MOTIONS |

Plaintiffs have filed a Motion for Separate Trial of Plaintiffs's Claims for Backpay. This motion is scheduled for hearing on August 8, 2005, at 1:30 p.m. The Defendant has filed an opposition to the motion and Plaintiffs have filed a reply to the opposition. In Defendant's opposition, Defendant suggests that Plaintiffs's motion is premature.

Currently, trial in this matter is set for February 14, 2006, with a pre-trial conference date of December 16, 2005. The deadline for dispositive motions is set for August 22, 2005; oppositions to dispositve motions are due September 19, 2005; any replies are due October 3,

2005. The hearing date on the dispositive motions is set for October 17, 2005.[1] Defendant indicates that it will be filing dispositive motions and asserting defenses as to all Title VII claims and "many, if not all, of the FEHA claims." Whether bifurcation is necessary will depend, therefore, on whether the parties's dispositive motions are granted or denied. Accordingly, it is appropriate to hear and decide Plaintiffs's Motion for Separate Trial of Plaintiffs's Claims for Backpay concurrently with the dispositive motions that will be filed in this case.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of August 8, 2005, is VACATED; and
2. Plaintiffs's Motion for Separate Trial of Plaintiffs's Claims for Backpay will be heard concurrently with the parties's dispositive motions and is RESET to October 17, 2005, at 1:30 p.m., the currently scheduled hearing date for the parties's dispositive motions.

IT IS SO ORDERED.

**Dated:   August 5, 2005**            /s/ Anthony W. Ishii
0m8i78                        UNITED STATES DISTRICT JUDGE

---

[1] The parties have filed a stipulation and proposed order that would set the deadline for dispositive motions at September 26, 2005, and would set the hearing on such motions for November 21, 2005. However, the magistrate judge has yet to sign this order.

2