1  **SAGASER, JONES & HAHESY**
   2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
   Fresno, California 93717-1632
3
   Telephone: (559) 233-4800
4  Facsimile:(559) 233-9330

5  William C. Hahesy #105743

6  Attorneys for:  Defendant NIBCO, Inc.

7                      **UNITED STATES DISTRICT COURT**

8                      **EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | Case No. 1:99-cv-06443 AWI-SMS<br><br>**STIPULATION REGARDING SCHEDULE FOR DISPOSITIVE MOTIONS AND ORDER THEREON** |

Plaintiffs Martha Rivera, et al. and Defendant NIBCO, Inc., by and through their respective attorneys of record, hereby stipulate and agree as follows:

As discussed with the Court on July 14, 2005, the parties have agreed to an extension of the following pre-trial dates:

1.     The parties intend to file cross-dispositive motions.  The motions shall be filed on September 26, 2005.  The opposition briefs shall be filed on October 21, 2005.  Any replies

STIPULATION REGARDING SCHEDULE FOR DISPOSITIVE MOTIONS AND [PROPOSED] ORDER THEREON

1

shall be filed on November 4, 2005. The hearing on the cross-dispositive motions will be on November 21, 2005. The parties further agree that each side will fax and mail serve the memoranda of points and authorities filed in support of the motion, the opposition, and the replies by 5:00 p.m. on the same day that those memoranda are filed with the court. In addition, the parties agree each will also serve, by next day overnight mail, hard copies of all papers filed in connection with these motions, including without limitation, the statements of disputed and undisputed facts and the exhibits thereto.

2. All other previously-ordered dates in this action remain unchanged.

DATED: July 15, 2005.          SAGASER, JONES & HAHESY


By:   /s/ William C. Hahesy

William C. Hahesy,
Attorneys for Defendant,
NIBCO, INC.


DATED: July 15, 2005.          LEGAL AID SOCIETY - EMPLOYMENT LAW
                               CENTER


By:   /s/ Christopher Ho
Christopher Ho,
Attorneys for Plaintiffs,
Martha Rivera, et al.

STIPULATION REGARDING SCHEDULE FOR DISPOSITIVE MOTIONS AND [PROPOSED] ORDER THEREON

2

**ORDER**

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

IT IS SO ORDERED.

**Dated:   August 18, 2005                       /s/ Sandra M. Snyder**
icido3  UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING SCHEDULE FOR DISPOSITIVE MOTIONS AND [PROPOSED] ORDER THEREON
3