UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>      Plaintiffs,<br><br>  v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>      Defendant. | Case No. CIV F-99 6443 AWI SMS<br><br>**AMENDED STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT NIBCO TO FILE DOCUMENTS SUPPORTING MOTIONS FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION AND ORDER THEREON**<br><br>Date: November 1, 2005<br>Time: 1:30 p.m.<br>Crtrm: 3<br>Judge: Honorable Anthony W. Ishii<br><br>Trial Date: February 14, 2006 |

    Plaintiffs, Martha Rivera, et al., and Defendant NIBCO, et al., hereby stipulate and agree that Defendant NIBCO, Inc., based on its representations as to the contents, may file the following documents in support of Defendant's Motions for Summary Judgment, or in the alternative, Summary Adjudication under seal pursuant to Local Rule 39-141.

    1.  Declaration of Connie Williams, which attaches some of the Plaintiff's personnel documents, including but not limited to copies of the "Z" test given to Plaintiffs.

    2.  Declaration of William C. Hahesy, which includes, among other documents, the following:

> Plaintiff's Deposition Transcripts, subject to the June 15, 2001, Protective Order issued by Magistrate Snyder.

3. Declaration of Douglas Kieper, which includes the following confidential, proprietary business information:

>Job descriptions.

>Z level tests.

>Business analysis.

4. NIBCO's Memorandum of Points and Authorities in Support of its Motions for Summary Judgment, or in the Alternative, Summary Adjudication, which includes specific references to and quotations from Plaintiffs' deposition transcripts as well as NIBCO's confidential financial documents. It includes information subject to the Protective Order issued by Magistrate Sandra M. Snyder on or about June 15, 2001 ("Protective Order").

5. Defendant's Separate Statement of Undisputed Material Facts in support of its Motions, which contains specific citations to Plaintiff's deposition transcripts, NIBCO's confidential financial documents and information subject to the Protective Order.

6. The Declaration of Henry Medina, which includes the following confidential, proprietary business information:

>Financial reports.

>Business analysis.

7. Declaration of Randy Cates, which includes job descriptions which are confidential, proprietary business information.

8. Declaration of John Hall, which includes confidential or proprietary business information relating to NIBCO'S Fresno operation and safety information.

9. Declaration of Todd Nowiciki, which include the following confidential, proprietary business information:

>NIBCO's Financial records for the period 1995 to 1999.

10. Declaration of Mark K. Lueger, which includes the following confidential, proprietary business information:

>Financial information for the period 1995 to 1999.

11. Declaration of Gerald Barrett, which includes personnel and other personal data on Plaintiffs making it subject to the Protective Order.

B. Pursuant to Local Rule 39-141, Plaintiffs apply to the Court to direct the Clerk to file under seal the following documents:

1. Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Summary Judgment or Summary Adjudication of Issues, which includes specific references to plaintiffs' deposition transcripts and other sensitive information relating to plaintiffs, as well as concerning financial or other confidential information relating to NIBCO;

2. Plaintiffs' Statement of Undisputed Facts, which includes specific references to plaintiffs' deposition transcripts and other sensitive information relating to plaintiffs, as well as concerning financial or other confidential information relating to NIBCO;

3. Declaration of Bill Baxter, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.;

4. Declaration of Sounthone Bounphonh, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.;

5. Declaration of Steven P. Brunnengraeber, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.;

6. Declaration of Anita Escamilla, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.;

7. Declaration of Richard G. Krauth, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.;

8. Declaration of Visal Long, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.;

9. Declaration of Edward H. Newbegin, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.;

10. Declaration of William N. Nguyen, which contains which includes materials excerpted from plaintiffs' deposition transcripts and other sensitive information relating to plaintiffs, as well as concerning financial or other confidential information relating to NIBCO;

11. Declaration of James K. Polian, which contains potentially confidential or proprietary information relating to NIBCO;

12. Declaration of Long Thao, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.;

13. Declaration of Gloria J. Watson, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.;

14. Declaration of David P. Wendroff, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.; and

15. Declaration of Dany Yang, which contains potentially confidential or proprietary information relating either to NIBCO or to former co-defendant R.M. Wade & Co.

Attached hereto as Exhibit "A" is an Application to file the supporting documents identified above under seal. The Application sets forth the reasons for the request to file the documents under seal.

DATED: September 26, 2005.    THE LEGAL AID SOCIETY EMPLOYMENT
                              LAW CENTER


                              /s/ Willie N. Nguyen
                              Willie N. Nguyen
                              Attorneys for Plaintiffs



DATED: September 26, 2005.    SAGASER, JONES & HAHESY


                              By: /s/ Sarah Wolfe
                                  Sarah Wolfe,
                                  Attorneys for Defendant
                                  NIBCO, INC.

## ORDER

The court having reviewed the foregoing stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the documents identified above filed by Defendant NIBCO, Inc. in Support of Defendant's Motions for Summary Judgment, or in the alternative, Summary Adjudication, and Plaintiffs' in Support of Defendant's Motions for Summary Judgment, or in the alternative, Summary Adjudication shall be filed by the Clerk of the Court under seal and remain so until further order of this court.

IT IS SO ORDERED.

**Dated:   September 27, 2005**                     **/s/ Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE