IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG **Plaintiffs**, v. NIBCO, INC., an Indiana Corporation, **Defendant**. | CIV- F-99-6443 AWI SMS ORDER VACATING HEARING DATE OF OCTOBER 17, 2005, AND MOVING THE MATTER SO AS TO BE HEARD IN CONJUNCTION WITH DISPOSITIVE MOTIONS |

On August 5, 2005, the Court issued an order resetting the hearing on Plaintiffs' Motion for Separate Trials to October 17, 2005, so as to be heard with dispositive motions. The hearing on dispositive motions has been reset by stipulation of the parties and order of the magistrate to November 21, 2005, at 1:30 p.m. In light of the new November 21, 2005, dispositive motion hearing date, it is appropriate to move the hearing on Plaintiffs's Motion for Separate Trials.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of October 17, 2005, is VACATED; and
2. Plaintiffs's Motion for Separate Trial of Plaintiffs's Claims for Backpay will be heard concurrently with the parties's dispositive motions and is RESET to November 21, 2005, at 1:30 p.m., the currently scheduled hearing date for the

parties's dispositive motions.

IT IS SO ORDERED.

**Dated:   September 29, 2005**              _____/s/ Anthony W. Ishii_____
0m8i78                                                        UNITED STATES DISTRICT JUDGE

2