UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>　　　　　　　　Defendant. | Case No. CIV F-99 6443 AWI SMS<br><br>**ORDER GRANTING APPLICATION RE: LATE FILING OF SUPPORTING MATERIALS RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES**<br><br>**[Fed.R.Civ.P. 6(b)(2)]**<br><br>Trial Date: February 14, 2006 |

　　This Court has received Plaintiffs' Application For Order Permitting Late Filing Of Supporting Materials Re Plaintiffs' Motion For Summary Judgment Or Summary Adjudication of Issues in the within matter, as well as the declarations in support thereof. No opposition has been filed to Plaintiffs' Application.

　　Upon review of the papers, and good cause appearing, IT IS HEREBY ORDERED that plaintiffs' application is GRANTED. Plaintiffs' filing on September 28, 2005, of the supporting materials in question with the Clerk of this Court is deemed timely for purposes of plaintiffs' motion.

　　IT IS SO ORDERED.


　　　　Dated: __September 30, 2005__　　　　__/s/ Anthony W. Ishii__

0m8i78                                              UNITED STATES DISTRICT JUDGE