**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800

Howard A. Sagaser #072492
William C. Hahesy #105743
Michael S. Helsley #199103
Sarah Wolfe #88370

Attorneys for:   Defendant NIBCO, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>                    Plaintiffs,<br><br>    v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>                    Defendant. | Case No. CIV F-99 6443 AWI SMS<br><br>**STIPULATION TO EXTEND SCHEDULING CONFERENCE EXPERT DISCLOSURE DATES and ORDER THEREON**<br><br>**Trial Date: February 14, 2006** |

   WHEREAS, Plaintiffs Martha Rivera, et al., and Defendant NIBCO, et al. are engaged in discovery issues;

   WHEREAS, the Damage Expert Witness Disclosure deadline is October 10, 2005;

   WHEREAS, the deadline for Supplemental Damage Expert Disclosure is November 11, 2005;

{5098/004/00178123.DOC}                              1

STIPULATION TO EXTEND SCHEDULING CONFERENCE EXPERT DISCLOSURE DATES and ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, it is the parties desire that the Damage Expert Disclosure and Supplemental Expert Disclosure deadlines be delayed because the parties are currently participating in discovery;

WHEREAS, the proposed changes to deadlines in the above-entitled matter will not affect the scheduled trial date in this matter of February 14, 2006;

IT IS HEREBY STIPULATED, by and between Plaintiffs Martha Rivera, et al., and Defendant NIBCO, et al., through their respective counsel, that the following expert discovery dates be revised from the Court's June 21, 2005, Scheduling Conference Order to the following deadlines:

**LAST DAY FOR DAMAGE EXPERT DISCLOSURE**

From October 10, 2005, to **October 17, 2005**

**LAST DAY FOR SUPPLEMENTAL DAMAGE EXPERT DISCLOSURE**

From November 11, 2005, to **November 18, 2005**

DATED: October 5, 2005.     THE LEGAL AID SOCIETY EMPLOYMENT
                            LAW CENTER


                            /s/ Willie N. Nguyen
                            Willie N. Nguyen
                            Attorneys for Plaintiffs


DATED:  October 5, 2005.    SAGASER, JONES & HAHESY


                            /s/ Michael S. Helsley
                            Michael S. Helsley
                            Attorneys for Defendant
                            NIBCO, INC.

///

///

///

{5098/004/00178123.DOC}                2

STIPULATION TO EXTEND SCHEDULING CONFERENCE EXPERT DISCLOSURE DATES and ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The court having reviewed the foregoing stipulation, and good cause appearing therefore:

**IT IS SO ORDERED**.

DATED:  10/06/2005

       /s/ Sandra M. Snyder
       Honorable Sandra M. Snyder
       United States Magistrate Judge

{5098/004/00178123.DOC}  3

STIPULATION TO EXTEND SCHEDULING CONFERENCE EXPERT DISCLOSURE DATES and ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com