UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>                    Defendant. | Case No. CIV F-99 6443 AWI SMS<br><br>**STIPULATION AND ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES, ETC.**<br><br>Trial Date: February 14, 2006 |

On October 12, 2005, the parties filed the following stipulation:

Plaintiffs, Martha Rivera, et al., and Defendant, Nibco, Inc., by and through their respective attorneys, STIPULATE AND AGREE as follows:

1.  The parties filed cross-motions for summary judgment and/or summary adjudication (cross-motions") on September 26, 2005. In connection with those motions, the parties filed various documents, including declarations and request for judicial notice.

2.  In an effort to minimize the inconvenience to the court and themselves and to avoid duplication filings, the parties agree that the documents filed in support of their respective cross-motions not need be re-filed in connection with their respective oppositions to the other side's cross-motion. Rather, each party will file a separate pleading which will list the already-filed documents, (i.e., declaration) that the party is relying on to oppose the other side's motion. In

addition, in referring to the documents already on file in the respective opposing papers, the parties will refer to the existing pleadings by including the date (September 26, 2005) after or before the description of the documents (i.e., Declaration of William C. Hahesy (9/26/05.)

DATED: October 11, 2005.   THE LEGAL AID SOCIETY EMPLOYMENT LAW CENTER

　　　　　　　　　　　　　　　　　　/s/    Willie N. Nguyen
　　　　　　　　　　　　　　　　　　Willie N. Nguyen
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

DATED:  October 12, 2005.   SAGASER, JONES & HAHESY

　　　　　　　　　　　　　　　　　　/s/    William C. Hahesy
　　　　　　　　　　　　　　　　　　William C. Hahesy,
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　NIBCO, INC.

## ORDER

After considering the above stipulation, **IT IS HEREBY ORDERED** that:

1. In connection with oppositions to summary judgment motions and to avoid the re-filing of documents, each party will file a separate pleading which will list the already-filed documents, that the party is relying on to oppose the other side's motion;

2. In referring to the documents already on file in the respective opposing papers, the parties will refer to the existing pleadings by including the date (September 26, 2005) after or before the description of the documents (e.g., Declaration of William C. Hahesy (9/26/05.), and, in addition, will specify the particular pages or paragraphs that specifically support that party's position/opposition.

IT IS SO ORDERED.

**Dated:   October 18, 2005**　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE