UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>                Plaintiffs,<br><br>   v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>                Defendant. | No. CIV F-99-6443 AWI SMS<br><br>**STIPULATION AND ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES, ETC.**<br><br>Trial Date: February 14, 2006 |

      On October 12, 2005, the parties filed the following stipulation:

      1.    The briefing schedule relating to the parties' cross-motions for summary judgment or summary adjudication of issues currently requires that opposition briefs be filed on or before October 21, 2005; that reply briefs be filed on or before November 4, 2005; and that the motions be heard on November 21, 2005.

      2.    In view of the scheduling considerations of counsel for both parties, the parties stipulate that the above schedule may be modified so that the parties' opposition briefs are to be filed on or before October 28, 2005; that reply briefs are to be filed on or before November 18, 2005; and that the cross-motions will be heard on December 5, 2005.

      3.    The parties further stipulate that the hearing on plaintiffs' pending motion for separate trial of plaintiffs' claims for backpay, currently set for November 21, 2005, be reset to

December 5, 2005, in order to coincide with the hearing on the cross-motions for summary judgment.

4. The parties further stipulate that the date for initial damages expert disclosures, currently set for October 17, 2005, be extended to October 24, 2005, and that the date for supplemental damages expert disclosures, currently set for November 11, 2005, be extended to November 14, 2005.

Dated: October 12, 2005                Respectfully submitted,

Christopher Ho
William N. Nguyen
Lewis Bossing
The LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER

William J. Smith
Tina R. Griffin
W.J. SMITH & ASSOCIATES

Marielena Hincapié
NATIONAL IMMIGRATION LAW CENTER

Joannie C. Chang
ASIAN LAW CAUCUS

Lisa Duarte
MINAMI, LEW & TAMAKI LLP

By:     /S/  Christopher Ho
            CHRISTOPHER HO
            Attorneys for Plaintiffs

Dated: October 12, 2005                SAGASER, JONES & HAHESY

By:      /S/ William Hahesy
                William Hahesy

Attorneys for Defendant

**ORDER**

Good cause appearing, the parties' opposition briefs regarding their cross-motions for summary judgment shall be filed on or before October 28, 2005; reply briefs shall be filed on or before November 18, 2005; and the cross-motions shall be heard on December 5, 2005. The hearing on plaintiffs' motion for separate trial of plaintiffs' claims for backpay, currently set for November 21, 2005, shall be reset to December 5, 2005. The date for initial damages expert disclosures, currently set for October 17, 2005, shall be reset to October 24, 2005, and the date for supplemental damages expert disclosures, currently set for November 11, 2005, be extended to November 14, 2005.

IT IS SO ORDERED.

**Dated:   October 18, 2005**            /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE