UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | Case No. CIV F-99 6443 AWI SMS<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO FILE DOCUMENTS IN SUPPORT OF THE PARTY'S RESPECTIVE OPPOSITION TO THE PENDING MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION, AND ORDER THEREON** |

Oppositions to the pending motions for summary judgment are due October 28, 2005. On October 27, 2005, the parties filed the following stipulation:

Plaintiffs, Martha Rivera, et al., and Defendant NIBCO, et al., hereby stipulate and agree that each party may file the following documents, based on their respective representations as to the contents, in support of their respective opposition to the pending Motions for Summary Judgment, or in the alternative, Summary Adjudication, under seal pursuant to Local Rule 39-141.

      Defendant NIBCO will file the documents listed in Attachment "B" hereto. Plaintiffs will file the documents listed in Attachment "C" hereto.

      Attached hereto as Exhibit "A" is an Application to file the supporting documents identified above under seal. The Application sets forth the reasons for the request to file the documents under seal.

DATED: October 27, 2005.    THE LEGAL AID SOCIETY EMPLOYMENT
                                           LAW CENTER

                                          /s/ Willie N. Nguyen
                                          Willie N. Nguyen
                                          Attorneys for Plaintiffs


DATED: October 27, 2005.    SAGASER, JONES & HAHESY

                                   By: /s/ Sarah Wolfe
                                        Sarah Wolfe,
                                        Attorneys for Defendant
                                        NIBCO, INC.


## EXHIBIT "B"

      Defendant NIBCO, Inc., wishes to file the documents identified below each of which has attached confidential proprietary information and/or material that is subject one or all of the protective orders issued by this Court, including but not limited to the Protective Order issued by Magistrate Sandra M. Snyder on or about June 15, 2001 as well as those issued on June 18, 2001, and April 30, 2001.

      1.    Declaration of Connie Williams.

      2.    Declaration of William C. Hahesy, which includes, among other documents, the following:

            Excerpts from Plaintiff's deposition transcripts, subject to the June 15, 2001, Protective Order issued by Magistrate Snyder.

        Excerpts from deposition transcripts that contain information concerning either the Plaintiffs and/or confidential financial information.

  3.  Declaration of Douglas Kieper.

  4.  NIBCO's Memorandum of Points and Authorities in Support of its opposition to Plaintiffs' pending Motion for Summary Judgment, or in the Alternative Summary Adjudication, which includes specific references to and quotations from Plaintiffs' deposition transcripts as well as NIBCO's confidential financial documents.

  5.  Defendant's Separate Statement of Undisputed Material Facts in support of its motion, which contains specific citations to Plaintiff's deposition transcripts, NIBCO's confidential financial documents, and information subject to a protective order.

  6.  The Declaration of Rita Garcia.

  7.  Declaration of Dirk Milligan.

  8.  Declaration of John Hall.

  9.  Declaration of Aaron DeOcio.

  10.  Declaration of Mark K. Lueger.

  11.  Declaration of Chin Minh Dao.

  12.  Declaration of Michael S. Helelsy.

  13.  Declaration of Malcom Cohen.

### EXHIBIT "C"

Plaintiffs will file the following documents, each of which has confidential information regarding plaintiffs and confidential business information which are subject to various protective orders in this case:

  1.  Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's pending Motions for Summary Judgment and/or Summary Adjudication, which contain quotations and references to information; including, among other things, plaintiffs' deposition testimony and confidential business information;

      2.      Plaintiffs' Responses to Defendants' Separate Statement of Undisputed Material Facts which contain quotations and references to information - including, among other things, plaintiffs' deposition testimony and confidential business information;

      3.      Declaration of Ann M. Blankenship, which includes various documents such as deposition transcripts, personnel records, and expert reports that include confidential information about plaintiffs and about business operations.

## ORDER

The court having reviewed the foregoing stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the documents identified in Exhibit "B" may be filed by Defendant NIBCO, Inc. in support of its opposition to Plaintiffs' pending Motion for Summary Judgment, or in the alternative, Summary Adjudication, and the documents identified in Exhibit "C" may be filed by Plaintiffs in opposition to Defendant's pending Motion for Summary Judgment, or in the alternative, Summary Adjudication, shall be filed by the Clerk of the Court under seal and remain so until further order of this court.

IT IS SO ORDERED.

**Dated:   October 28, 2005**                **/s/ Anthony W. Ishii**

0m8i78                                   UNITED STATES DISTRICT JUDGE