**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800

Howard A. Sagaser #072492
William C. Hahesy #105743
Sarah Wolfe #088370
Michael S. Helsley #199103

Attorneys for Defendant NIBCO, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | Case No. 1:99-cv-06443-AWI-SMS<br><br>**STIPULATION RE DISCOVERY AND ORDER THEREON** |

Defendant, NIBCO, INC. intends to issue Rule 45 subpoenas to the employers shown on Exhibit "A" attached hereto and incorporated herein.

1.  On October 7, 2005, Defendant, NIBCO, INC., served upon Plaintiffs ALICIA ALVAREZ, BEE LEE, NHIA BAO MOUA, CHHOM CHAN, EVA ARRIOLA, MARGARITA MENDOZA, MARIA NAVARRO, MARIA RODRIGUEZ, MARTHA RIVERA, MARIA RUIZ, MARIA VALDIVIA, OFELIA RIVERA, PAULA MARTINEZ, MARIA MEDINA, SARA RIVERA, SY VANG, SEE YANG, and MAI YOUA XIONG,

PDF created with pdfFactory trial version www.pdffactory.com

1  Special Interrogatories, Set Four, Number 151.  Attached hereto as Exhibit "B" and
2  incorporated herein is a true and correct copy of Special Interrogatories, Set Four, Number
3  151.
4        2.      On October 21, 2005, the Plaintiffs identified in paragraph one,
5  provided written responses to Special Interrogatory Number 151, which are attached hereto as
6  Exhibit "C" and incorporated herein.  In order to verify that the information provided by
7  Plaintiffs in Exhibit "C" is true and accurate, the Plaintiffs are agreeable to the issuance of
8  Rule 45 subpoenas on the following terms:
9        3.      The description of documents sought from the third parties will state
10 that the documents to be produced consists of documents relating to the following:
11       All documents concerning the reasons for separation of employment.
12       Any and all information not referenced in paragraph three shall not be
13 responsive to the subpoenas described herein and shall not be produced under any
14 circumstances, unless otherwise ordered by the Court.
15       4.      The Rule 45 subpoenas will be served by Quest Discovery Services.
16 Along with the Rule 45 subpoenas, Quest Discovery Service will also serve the letter attached
17 in Exhibit "D" on the third parties.  The third parties will be instructed in the letter to forward
18 the records directly to Quest Discovery Services.  Plaintiffs shall be informed immediately
19 regarding any inquiries made by the third parties to Defendant's counsel in accordance with
20 Exhibit "D," and shall be provided copies of any written response to such inquiries.
21       5.      Quest Discovery Services shall collect the records provided to it by the
22 third parties and deliver them to the Honorable Sandra M. Snyder, United States Magistrate
23 Judge, U.S. District Court, 1130 "O" Street, Fresno, California.
24       6.      The Honorable Sandra M. Snyder will review the documents received
25 from Quest Discovery Services, and, in accordance with all prior protective orders entered in
26 this case, including those entered on May 1, 2001; June 18, 2001; July 11, 2002; and June 2,
27 2003; will confirm whether Plaintiffs responses to Special Interrogatory Number 151 as
28 provided in Exhibit "C" are accurate.

PDF created with pdfFactory trial version www.pdffactory.com

7. If after her review of the subpoenaed documents, the Honorable Sandra M. Snyder determines that any response by a Plaintiff to Special Interrogatory Number 151 is inaccurate, then Plaintiffs shall be ordered to amend the response to correct the inaccuracy. The subpoenaed documents which show the inaccuracy shall be released to Plaintiffs' counsel. Plaintiffs shall file the amended response with the Court for further review for accuracy. The Court will inform the parties as to the accuracy of the amended response[s].

8. Subject to the above, other than the documents released by the Court, in the event any other documents are received by the Defendant from Quest Discovery Services or the referenced third parties pursuant to the specific subpoenas described herein, those documents shall be forwarded, sealed and unopened, to the Honorable Sandra M. Snyder for her review pursuant to this stipulation. Defendant will not review, copy or otherwise examine such documents unless they have been reviewed and released by the Court in accordance to this stipulation.

Dated: October 26, 2005        /s/ Willie Nguyen
                               Willie Nguyen
                               Counsel for Plaintiffs

Dated: October 27, 2005        SAGASER, JONES & HAHESY

                               By  /s/ Michael S. Helsley (for)
                                   William C. Hahesy
                                   Attorneys for Defendants
                                   NIBCO, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: 11/4/2005               /s/ Sandra M. Snyder
                               Honorable Sandra M. Snyder
                               U.S. Magistrate Judge

{5098/004/00176595.DOC}        3

STIPULATION RE DISCOVERY AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com