UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>　　　　　　Defendant. | Case No. CIV F-99 6443 AWI SMS<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO FILE CONFIDENTIAL DOCUMENTS IN SUPPORT OF EACH PARTY'S REPLY BRIEF RE THE PENDING CROSS-MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION, AND ORDER THEREON** |

Replies to oppositions to the pending motions for summary judgment are due November 21, 2005. On November 15, 2005, the parties filed the following stipulation:

Plaintiffs, Martha Rivera, et al., and Defendant NIBCO, et al., hereby stipulate and agree that each party may file the following documents, based on their respective representations as to the contents, in support of their respective opposition to the pending Cross-Motions for Summary Judgment, or in the alternative, Summary Adjudication, under seal pursuant to Local Rule 39-141.

Defendant NIBCO will file the documents listed in Attachment "B" hereto. Plaintiffs will file the documents listed in Attachment "C" hereto.

Attached hereto as Exhibit "A" is an Application to file the supporting documents identified above under seal. The Application sets forth the reasons for the request to file the documents under seal.

DATED: November 15, 2005.          THE LEGAL AID SOCIETY EMPLOYMENT
                                   LAW CENTER

                                   /s/ Willie N. Nguyen
                                        Willie N. Nguyen,
                                        Attorneys for Plaintiffs

DATED: November 15, 2005.          SAGASER, JONES & HAHESY


                                   By:  /s/ Sarah Wolfe
                                        Sarah Wolfe,
                                        Attorneys for Defendant
                                        NIBCO, INC.


## EXHIBIT "B"

### DOCUMENTS DEFENDANT NIBCO WILL FILE UNDER SEAL

1. Reply Memorandum of Points and Authorities In Support of Defendant NIBCO's Motions for Summary Judgment and/or Adjudication.

2. NIBCO's Objections to Plaintiffs' Evidence In Support of Defendant NIBCO's Motions for Summary Judgment and/or Adjudication.

3. Declaration of William C. Hahesy In Support of NIBCO's Opposition To Plaintiffs' Motion To Strike The Declaration of Dr. Barrett.

4. Declaration of Dr. Gerald Barrett In Support of NIBCO's Opposition To Plaintiffs' Motion To Strike The Declaration of Dr. Barrett.

# EXHIBIT "C"

## DOCUMENTS PLAINTIFFS WILL FILE UNDER SEAL

Plaintiffs respectfully request to file the following documents under seal in support of Plaintiffs' Motion for Summary Judgment or Summary Adjudication and in opposition to Defendant's Motion for Summary Judgment or Summary Adjudication:

1. Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Summary Judgment or Summary Adjudication;

2. Plaintiffs' Response to Separate Statement of Statement of Undisputed Material Facts Submitted by Defendant NIBCO, Inc., in Opposition to Plaintiffs' Motion for Summary Judgment or Summary Adjudication;

3. Plaintiffs' Supplemental Separate Statement of Material Facts;

4. Plaintiffs' Response to Defendant NIBCO, Inc.'s Response to Separate Statement of Material Facts in Support of Plaintiffs' Motion for Summary Judgment or Summary Adjudication of Issues;

5. Declaration of Ann M. Blankenship In Support of Plaintiffs' Reply in Support of Plaintiffs' Motion For Summary Judgment or Summary Adjudication of Issues;

6. Declaration of Laurel Kapros In Support of Plaintiffs' Reply in Support of Plaintiffs' Motion For Summary Judgment or Summary Adjudication of Issues;

7. Plaintiffs' Objections to Evidence; and

8. Errata to Plaintiffs' Filings in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment.

## ORDER

The court having reviewed the foregoing stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the documents identified in Exhibit "B" may be filed by Defendant NIBCO, Inc. in support of its opposition to Plaintiffs' pending Motion for Summary Judgment, or in the alternative, Summary Adjudication, and the documents identified in Exhibit "C" may be filed by Plaintiffs in opposition to Defendant's pending Motion for Summary Judgment, or in the alternative, Summary Adjudication, shall be filed by the Clerk of the Court under seal and remain so until further order of this court.

IT IS SO ORDERED.

**Dated:   November 18, 2005**            /s/ Anthony W. Ishii
0m8i78                                             UNITED STATES DISTRICT JUDGE