IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG<br><br>**Plaintiffs**,<br><br>v.<br><br>NIBCO, INC., an Indiana Corporation,<br><br>**Defendant**. | CIV- F-99-6443 AWI SMS<br><br>ORDER VACATING HEARING DATE OF DECEMBER 5, 2005 AND PRE-TRIAL CONFERENCE OF DECEMBER 16, 2005, AND SETTING MOTION IN LIMINE DATES |

Currently scheduled for hearing on December 5, 2005, are cross motions for summary judgment and Plaintiffs' motion for separate trials. Additionally, scheduled for December 16, 2005, is the pre-trial conference. The Court has determined that it is necessary to reschedule these dates. Additionally, to compensate for the change of the pre-trial conference date, the Court at this time will set a schedule for the parties to file motions in limine.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of December 5, 2005, is VACATED;
2. The parties's Motions for Summary Judgment and Plaintiffs's Motion for Separate Trial of Plaintiffs's Claims for Backpay will now be heard on December 19, 2005, at 2:30 p.m.;

3. The previously set Pre-Trial conference date of December 16, 2005, is VACATED;

4. The new Pre-Trial Conference will be January 11, 2006, at 8:00 a.m.;

5. The parties may file Motions in Limine on or by **4:00 p.m.** on January 13, 2006;

6. Any Oppositions to Motions in Limine may be filed on or by **4:00 p.m.** on January 23, 2006;

7. Any Replies to Oppositions to Motions in Limine may be filed on or by **4:00 p.m.**, January 30, 2006; and

8. The hearing on Motions in Limine and the Trial Confirmation will be February 6, 2006, at 2:30 p.m.

IT IS SO ORDERED.

**Dated:   November 30, 2005**          /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE