1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT FOR THE

6              EASTERN DISTRICT OF CALIFORNIA

7
8    MARTHA RIVERA, MAO HER,           )    CIV- F-99-6443 AWI SMS
     ALICIA ALVAREZ, EVA ARRIOLA,      )
     PEUANG BOUNNHONG, CHHOM           )    ORDER VACATING
9    CHAN, BEE LEE, PAULA MARTINEZ,    )    HEARING DATE OF
     MARIA MEDINA, MAI MEEMOUA,        )    DECEMBER 19, 2005, TRIAL
10   MARGARITA MENDOZA, BAO NHIA       )    DATE OF FEBRUARY 14, 2006,
     MOUA, ISIDRA MURILLO, MARIA       )    AND ASSOCIATED TRIAL
11   NAVARRO, VATH RATTANATAY,         )    DATES
     OFELIA RIVERA, SARA RIVERA,       )
12   MARIA RUIZ, MARIA VALDIVIA, SY    )
     VANG, YOUA XIONG, and SEE YANG    )
13                                     )
                 Plaintiffs,           )
14                                     )
15        v.                           )
                                       )
16   NIBCO, INC., an Indiana Corporation, )
                                       )
17               Defendant.            )
     _____ )
18
19        Currently scheduled for hearing on December 19, 2005, are cross motions for summary

20   judgment, Plaintiffs' motion for separate trials, and Plaintiffs' motion to strike evidence

21   regarding Dr. Gerald Barrett.  Additionally, the pre-trial conference is set for January 11, 2006,

22   and the trial is set for February 14, 2006.  However, given the importance of the legal issues

23   involved and the massive volume of documents and briefing submitted, the Court believes that

24   the above currently scheduled dates are insufficient for proper and thorough resolution of the

25   pending matters.

26        Therefore, IT IS HEREBY ORDERED that:

27        1.    The previously set hearing date of December 19, 2005, is VACATED;

28        2.    All matters scheduled for hearing on December 19, 2005, will now be heard on

1    January 17, 2006, at 2:00 p.m.;

2    3.    The previously set Trial date of February 14, 2006, is VACATED;

3    4.    The previously set Pre-Trial Conference date of January 11, 2006, is VACATED;

4    5.    The previously set Motions in Limine schedule is VACATED; and

5    6.    The parties will be prepared on January 17, 2006, to set a new trial and associated

6          dates.

7

8    IT IS SO ORDERED.

9    **Dated:    December 15, 2005**          _____/s/ Anthony W. Ishii_____
     0m8i78                                   UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2