| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, AMRIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARI RUIZ, AMRIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | No. CIV F-99-6443 A WI SMS<br><br>**ORDER RE: PETITION TO WITHDRAW AS COUNSEL** |

-1-

On December 14, 2005, Plaintiffs's counsel Lisa Duarte filed a petition to withdraw as counsel on the grounds that she will be ending her employment with Minami, Lew, & Tamaki. Duarte states that named counsel Brad Yamauchi and the firm of Minami, Lew, & Tamaki will continue to represent Plaintiffs in this matter.

Accordingly, the petition to withdraw as counsel of Lisa Duarte is hereby GRANTED.

IT IS SO ORDERED.

**Dated:   December 16, 2005**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE