IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG  **Plaintiffs**,  v.  NIBCO, INC., an Indiana Corporation,  **Defendant**. | CIV- F-99-6443 AWI SMS  ORDER VACATING HEARING DATE OF JANUARY 17, 2006, AND RESETTING HEARING DATE TO JANUARY 23, 2006 |

Currently scheduled for hearing on January 17, 2006, are cross motions for summary judgment, Plaintiffs' motion for separate trials, and Plaintiffs' motion to strike evidence regarding Dr. Gerald Barrett.  The Court is currently in the process of moving to its new location on Tulare Street.  After reviewing the Court's schedule, and in light of the moving process that is currently underway, it is necessary to move the January 17, 2006 hearing date.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 17, 2006, is VACATED, and the matters are reset for hearing on January 23, 2006, at 2:00 p.m., in Courtroom No. 2, which is located on the 8th Floor of the new Federal Courthouse at 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

**Dated:   January 9, 2006**              _____/s/ Anthony W. Ishii_____
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2