UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, et al., on behalf of themselves and all those similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>NIBCO, INC., an Indiana corporation, and R.M. WADE & CO., an Oregon corporation,<br><br>          Defendants. | 1:99-cv-06443-AWI-SMS<br><br>**DISCOVERY ORDER PURSUANT TO STIPULATION RE: SPECIAL INTERROGATORY, SET FOUR, NO. 151** (Doc. 367) |

Pursuant to a Stipulation Re Discovery and Order Thereon, filed November 4, 2005, this Court received envelopes of sealed documents directly from Quest Discovery Services for *in camera* review. Plaintiffs were served with, and did respond to, Special Interrogatory No. 151:

> For the specific employers below that YOU listed in REVISED EXHIBIT A, please explain in detail the reason for YOUR separation of employment, including whether the separation was termination for cause, termination not for cause, a voluntary resignation, a resignation in lieu of termination, or a lay-off, in addition to each employer's stated reason for YOUR separation of employment, if any:

The Stipulation addresses the Court's role in this document review:

1

If after her review of the subpoenaed documents, the Honorable Sandra M. Snyder determines that any response by a Plaintiff to Special Interrogatory Number 151 is inaccurate, then Plaintiffs shall be ordered to amend the response to correct the inaccuracy.  The subpoenaed documents which show the inaccuracy shall be released to Plaintiffs' counsel.  Plaintiffs shall file the amended response with the Court for further review for accuracy.  The Court will inform the parties as to the accuracy of the amended response[s].

Specifically, the Court has reviewed employment documents regarding certain plaintiffs for information responsive to an inquiry regarding reasons for separation of employment as follows:

A.  Records relating to plaintiff, **Alicia Alvarez**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Pacific Choice Brands | Voluntarily Resigned | Quit |
| Zacky Farms, LLC | Voluntarily Resigned | Work Not Suitable |
| Pleasant Mattress, Inc. | Voluntarily Resigned / Termination for Cause | 99 ~ Voluntarily Quit / 02 ~ poor productivity |
| R.M. Wade & Co. | Termination for Cause | laid-off due to lack of work or budget cut-back to permanent termination |

B.  Records relating to plaintiff, **Bee Lee**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| R.M. Wade & Co. | Lay-off | laid-off due to lack of work or budget cut-back to permanent termination |
| Rain Creek Baking Co. | Lay-off | records do not indicate reason |

C.  Records relating to plaintiff, **Bao Nhia Moua**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| CVR Services | Voluntarily Resigned | no records exist/found |

///

//

/

D. Records relating to plaintiff, **Chhom Chan**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Buckner | Termination for Cause | no records provided |
| CVR Services | Termination not for cause | no records exist/found |
| R.M. Wade & Co. | Termination not for cause | termed with sale of company |
| Aquarius Brands, Inc. | Termination not for cause | Lay-off |

E. Records relating to plaintiff, **Maria Ruiz**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Wawona Frozen Foods | Lay-off | records do not indicate reason |
| R.M. Wade & Co. | Lay-off | laid-off due to lack of work or budget cut-back to permanent termination |
| Select Personnel Services | Voluntarily Resigned | assignment was over; changed departments |
| Hickory Farms, Inc. | Lay-off | no records found; all employees seasonal Nov.-Dec. |

F. Records relating to plaintiff, **Maria Valdivia**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Producers Dried Fruits | Voluntarily Resigned | no records provided |
| R.M. Wade & Co. | Termination not for Cause | termed with division sale |
| Aquarius Brands, Inc. | Voluntarily Resigned | Lay-off |

G. Records relating to plaintiff, **Ofelia Rivera**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Pacific Choice Brands | Voluntarily Resigned | Quit |
| R.M. Wade & Co. | Termination not for cause | termed with division sale |
| API (Aquarius Brands, Inc.) | Lay-off | voluntarily quit |

//

H.  Records relating to plaintiff, **Paula Martinez**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Pacific Choice Brands | Voluntarily Resigned | "doesn't like being timed" |
| Reliant Building Products | Termination not for Cause | no records provided |
| Wawona Frozen Foods | Lay-off | seasonal |
| Sierra Palace for Elderly | Voluntarily Resigned | voluntarily quit |

I.  Records relating to plaintiff, **Maria Medina**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| R.M. Wade & Co. | Lay-off | lack of work |

J.  Records relating to plaintiff, **Sara Rivera**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| R.M. Wade & Co. | Termination not for Cause | termed with division sale |
| Volt Management Group | Voluntarily Resigned | records do not indicate reason (Attachment 3) |

K.  Records relating to plaintiff, **Sy Vang**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Morgan & Co., Inc. | Voluntarily Resigned | Lay-off due to lack of work |
| R.M. Wade & Co. | Lay-off | lack of work |
| Aquarius Brands, Inc. | Lay-off | no records exist/found |
| Holiday Inn | Voluntarily Resigned | no records exist/found |

L.  Records relating to plaintiff, **See Yang**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Zacky Farms, LLC | Voluntarily Resigned | "2-Day No Call" (records purged) |
| Aramark Uniform Services | Voluntarily Resigned | Voluntarily Quit |
| Central Valley Child Services | Termination not for Cause | no records exist; never employed with |

4

M. Records relating to plaintiff, **Mai Youa Xiong**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| R.M. Wade & Co. | Termination not for Cause | termed with division sale |
| API (Aquarius Brands, Inc.) | Lay-off | Lay-off |

Though no Response to Special Interrogatory No. 151 was provided for Eva Arriola, Martha Navarro, Martha Rivera, Margarita Mendoza, and Maria Rodriguez, the Court nevertheless reviewed the records provided as follows:

N. Records relating to plaintiff, **Margarita Mendoza**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Select Personnel Services | | "assignment over" |
| R.M. Wade & Co. | | lack of work |

O. Records relating to plaintiff, **Martha Rivera**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Pacific Choice Brands | | Voluntarily Resigned |
| R.M. Wade & Co. | | termed with sale of division |
| Aquarius Brands, Inc. (API) | | currently employed with |

P. Records relating to plaintiff, **Eva Arriola**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| J's Construction Cleaning | | no-show or no-call |
| CVR Services | | no records exist/found |
| Complete Labor Services | | seasonal employment |
| R.M. Wade & Co. | | termed with sale of division |
| API ~ Agricultural Products, Inc. | | Voluntarily Quit |

//

/

5

Q. Records relating to plaintiff, **Maria Navarro**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| Wawona Packing Co. | | no records exist/found |
| Pacific Choice Brands | | "no show, no explanation" |
| R.M. Wade & Co. | | laid off due to lack of work |

R. Records relating to plaintiff, **Maria Rodriguez**:

| EMPLOYER | REASON | COURT FINDINGS |
|---|---|---|
| R.M. Wade & Co. | | termed with sale of division |

This Court intends to shred the copies of employment documents provided by Quest Discovery Services by April 7, 2006, unless otherwise immediately notified by counsel to the contrary.

IT IS SO ORDERED.

**Dated:   March 30, 2006**                          /s/ Sandra M. Snyder
icido3                                                                    UNITED STATES MAGISTRATE JUDGE

6