Christopher Ho, SBC No. 129845
William N. Ngyuen, SBC No. 215259
The LEGAL AID SOCIETY–
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

William J. Smith, SBC No. 056116
Tina R. Griffin, SBC No. 210328
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, CA 93711
Telephone: (559) 432-0986
Facsimile: (559) 432-4871

Attorneys for Plaintiffs
(Additional Counsel on next page)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,

Plaintiffs,

v.

NIBCO, INC., an Indiana corporation,

Defendant.

No. 1:-99-cv-06443 AWI SMS

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL**

**ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL**

Marielena Hincapie′, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 1850
Los Angeles, CA 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911

Brad Yamauchi, SBC No. 73245
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94109
Telephone: (415) 788-9000
Facsimile: (415) 398-3887

NOTICE OF MOTION AND MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL
& [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL
-2-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 11.5, attorney Brad Yamauchi moves this court for an order relieving him as attorney of record for plaintiffs Martha Rivera, et al.

**Grounds for Relief**

The grounds for the motion are as follow:

1. Continuing representation by Minami Tamaki LLP is no longer necessary for the prosecution of this case.

2. If this motion is granted, the clients, Martha Rivera, et al., will continue to be represented by attorneys of record Christopher Ho, Willie N. Nguyen, William J. Smith, Tina R. Griffin, and Marielena Hincapié.

3. Because the remaining attorneys of record will remain on the case, there is no need at this point to notify the client in writing of the status of the case.

Date: December 20, 2006

Respectfully submitted,

MINAMI TAMAKI LLP

By: / s / Brad Yamauchi
BRAD YAMAUCHI
Attorney for Plaintiffs

**ORDER GRANTING ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL**

The Motion of Brad Yamauchi, attorney for Plaintiffs, to withdraw as counsel in this action is hereby granted.

IT IS SO ORDERED.

**Dated: December 22, 2006**

icido3

**/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE