<-
<-
<-

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | Case No. CIV F 99-6443 AWI SMS<br><br>**STIPULATION BETWEEN PARTIES REGARDING TRIAL AND PRETRIAL CONFERENCE AND ORDER THEREON** |

Plaintiffs MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG ("Plaintiffs") and Defendant NIBCO, INC. ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. The Court has previously bifurcated this case into two phases – liability

and damages.

  2. That the pretrial conference on both phases – liability and damages – shall occur on August 11, 2008.

  3. That motions in limine concerning the liability phase shall be filed by August 15, 2008, with opposition thereto to be filed by September 2, 2008, and replies thereto to be filed by September 12, 2008, and with the hearing thereon to be conducted during the week of September 15, 2008.

  4. That the trial of the liability phase of this matter shall commence on October 7, 2008, and is expected to be approximately 30 court days in duration.

  5. That in the event of a finding of liability against Defendant Nibco and if trial on damages is permitted, the parties request that the Court order that the same jury that decided liability will also decide the damage phase.

  6. The parties request that the Court now order that any trial on the damage phase proceed after completion of the trial on the liability phase with the same jury.  The parties currently estimate that the damage phase, if it occurs, will take approximately fifteen court days, although the parties reserve the right to modify that estimate.   The parties will provide a further estimate to the Court and discuss motions in limine and other issues at the Pretrial Conference.

DATED:  9/26/07       /s/  Christopher Ho

                Legal Aid Society
                Employment Law Center
                By Christopher Ho
                Attorneys for Plaintiffs

DATED: 10/04/07       /s/  William J. Smith
                W. J. Smith & Associates
                By William J. Smith
                Attorneys for Plaintiffs

DATED:  10/4/07       /s/  William C. Hahesy

William C. Hahesy,
Attorney for Defendant
Nibco, Inc.

DATED: 9/27/07

/s/  Howard A. Sagaser

Sagaser, Jones & Helsley

By Howard A. Sagaser

Attorneys for Defendant

Nibco, Inc.

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. That the pretrial conference on both phases – liability and damages – shall occur on August 11, 2008;

2. That motions in limine concerning the liability phase shall be filed by August 15, 2008, with opposition thereto to be filed by September 2, 2008, and replies thereto to be filed by September 12, 2008, with the hearing thereon to be conducted on September 19, 2008, at 9:00 a.m. in Courtroom No. 2;

3. That the trial of the liability phase of this matter shall commence on October 7, 2008, and is expected to be approximately 30 court days in duration;

4. That in the event of a finding of liability against Defendant Nibco, the same jury that decided liability will decide the damage phase, which is expected to be approximately fifteen court days, although the parties reserve the right to modify that estimate.

5. The parties will provide a further estimate to the Court and discuss motions in limine and other issues at the Pretrial Conference; and

6. In light of the voluminous nature of the documents filed in connection with summary judgment, the parties are strongly encouraged to meet and confer, prior to the pre-trial conference, to resolve among themselves through stipulation, wherever possible, the subject matter of potential motions in limine so as to reduce the number of motions in limine filed.

IT IS SO ORDERED.

Dated:   **October 9, 2007**                             **/s/ Anthony W. Ishii**
                                                          UNITED STATES DISTRICT JUDGE

**STIPULATION BETWEEN PARTIES REGARDING TRIAL AND PRETRIAL CONFERENCE ORDER THEREON**