IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana Corporation,<br><br>Defendant. | CIV- F-99-6443 AWI SMS<br><br>ORDER REASSIGNING THIS ACTION TO SENIOR DISTRICT JUDGE OLIVER W. WANGER |

The court finds it necessary to reassign this action from the docket of Chief District Judge Anthony W. Ishii to Senior District Judge Oliver W. Wanger.  See Local Rule Appendix A(f)(1). Accordingly, the Clerk of the Court is DIRECTED to reassign this action to Senior District Judge Oliver W. Wanger.

IT IS SO ORDERED.

Dated:   June 24, 2008                         /s/ Oliver W. Wanger
                                         United States Senior District Judge

IT IS SO ORDERED.

Dated:   June 24, 2008                         /s/ Anthony W. Ishii
                                         UNITED STATES CHIEF DISTRICT JUDGE