1  Christopher Ho, SBC No. 129845
2  Christina N. Chung SBC No. 194630
   Carole Vigne SBC No. 251829
3  The LEGAL AID SOCIETY --
      EMPLOYMENT LAW CENTER
4  600 Harrison Street, Suite 120
   San Francisco, California 94107
5  Telephone: (415) 864-8848
6  Facsimile: (415) 864-8199        Marielena Hincapié, SBC No. 188199
                                     NATIONAL IMMIGRATION LAW CENTER
7  William J. Smith, SBC No. 056116  3435 Wilshire Blvd., Suite 1850
   Shelley G. Bryant, SBC No. 222925 Los Angeles, California 90010
8  W.J. SMITH & ASSOCIATES           Telephone: (213) 639-3900
9  2350 West Shaw Avenue, Suite 132  Facsimile: (213) 639-3911
   Fresno, California 93711
10 Telephone: (559) 432-0986
   Facsimile: (559) 432-4871
11 Attorneys for Plaintiffs

12                    UNITED STATES DISTRICT COURT
13                    EASTERN DISTRICT OF CALIFORNIA
14

15 MARTHA RIVERA, MAO HER, ALICIA          ) No. CIV F-99-6443 OWW SMS
   ALVAREZ, EVA ARRIOLA, PEUANG            )
16 BOUNNHONG, CHHOM CHAN, BEE LEE,         ) **DECLARATION OF ANN M.**
17 PAULA MARTINEZ, MARIA MEDINA, MAI       ) **BLANKENSHIP IN SUPPORT OF**
   MEEMOUA, MARGARITA MENDOZA, BAO         ) **PLAINTIFFS' MOTIONS IN LIMINE [NOS.**
18 NHIA MOUA, ISIDRA MURILLO, MARIA        ) **1-98]**
   NAVARRO, VATH RATTANATAY, OFELIA        )
19 RIVERA, SARA RIVERA, MARIA              )
   RODRIGUEZ, MARIA RUIZ, MARIA            ) Date:  September 19, 2008
20 VALDIVIA, SY VANG, YOUA XIONG, and      ) Time:  12:00 p.m.
21 SEE YANG,                               ) Ctrm:  3
                                            )
22           Plaintiffs,                    ) [Hon. Oliver W. Wanger]
                                            )
23     v.                                   ) Trial Date: October 7, 2008
                                            )
24 NIBCO, INC., an Indiana corporation,     )
                                            )
25           Defendant.                     )
26                                          )

27 ─────────────────────────────────────────
28 DECLARATION OF ANN BLANKENSHIP IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE[NOS. 1-98]
   Case No. C 99-6443 OWW SMS

I, ANN BLANKENSHIP, declare as follows:

1. I am a paralegal for plaintiffs in the within action. I personally know the matters stated herein, and I would and could competently testify thereto if called as a witness.

2. I make this declaration in support of Plaintiffs' Motions in Limine [Nos 1-98]

3. Attached hereto are the following exhibits in support of Plaintiffs' Motions in Limine [Nos 1-98].

   1) **Exhibit A**, is a true and correct copy of "Industrial Hygiene Audit" by Grauvogel & Associates (Bates # Nibco-007358 – Nibco-007501)

   2) **Exhibit B,** is a true and correct copy of "Letter from Doug Bunting of Zee Service Company to Jeffrey Chavez re Workplace Safety Evaluation" (Bates # Nibco-059699 – Nibco-059707).

   3) **Exhibit C,** is a true and correct copy of "Procedure for Laying Off Associates" (Bates # Nibco-004439-Nibco-004440)

   4) **Exhibit D,** is a true and correct excerpted copy of the deposition of Connie Williams-Hitt: 451:19-452:09, 453:2-5, 452:22-453:01.

   5) **Exhibit E,** is a true and correct copy of Defendant NIBCO Inc.'s Responses to Plaintiffs' Request for Admission #88.

   6) **Exhibit F,** is a true and correct copy of Defendant NIBCO Inc.'s Supplemental Response to Plaintiffs' Request for Admission #97.

   7) **Exhibit G,** is a true and correct copy of Defendant NIBCO Inc.'s Responses to Plaintiffs' Revised Requests for Admission #65.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on August 15, 2008.

_____
ANN M. BLANKENSHIP