Christopher Ho, SBC No. 129845
Christina N. Chung, SBC No. 194630
Carole Vigne, SBC No. 251829
The LEGAL AID SOCIETY --
    EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

William J. Smith, SBC No. 056116
Shelley G. Bryant, SBC No. 222925
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone:  (559) 432-0986
Facsimile:  (559) 432-4871

Marielena Hincapié, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 1850
Los Angeles, California 90010
Telephone:  (213) 639-3900
Facsimile:  (213) 639-3911

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MARTHA RIVERA, MAO HER, ALICIA
ALVAREZ, EVA ARRIOLA, PEUANG
BOUNNHONG, CHHOM CHAN, BEE LEE,
PAULA MARTINEZ, MARIA MEDINA, MAI
MEEMOUA, MARGARITA MENDOZA, BAO
NHIA MOUA, ISIDRA MURILLO, MARIA
NAVARRO, VATH RATTANATAY, OFELIA
RIVERA, SARA RIVERA, MARIA
RODRIGUEZ, MARIA RUIZ, MARIA
VALDIVIA, SY VANG, YOUA XIONG, and
SEE YANG,

                    Plaintiffs,

          v.

NIBCO, INC., an Indiana corporation,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CIV F-99-6443 OWW SMS

**REQUEST TO SUPPLEMENT PLAINTIFFS'
WITNESS LIST IN PRETRIAL ORDER;
[PROPOSED] ORDER GRANTING
REQUEST**

[Hon. Oliver W. Wanger]

Trial Date:  October 7, 2008

Plaintiffs respectfully request permission to make the following addition to the list of witnesses that may be called by plaintiffs at trial:

**Todd E. Grice**

Dated:  August 21, 2008                      Respectfully submitted,

Christopher Ho
Christina N. Chung
Carole Vigne
The LEGAL AID SOCIETY –
     EMPLOYMENT LAW CENTER

William J. Smith
Shelley G. Bryant
W.J. SMITH & ASSOCIATES

Marielena Hincapié
NATIONAL IMMIGRATION LAW CENTER

By:        /s/  Christopher Ho
           CHRISTOPHER HO

Attorneys for Plaintiffs

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

REQUEST TO SUPPLEMENT PLAINTIFFS' WITNESS LIST IN PRETRIAL ORDER; [PROPOSED] ORDER
GRANTING REQUEST                                   Case No. CIV F-99-6443 OWW
SMS

1

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE