Christopher Ho, SBC No. 129845
Christina N. Chung, SBC No. 194630
Carole Vigne, SBC No. 251829
The LEGAL AID SOCIETY --
   EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

William J. Smith, SBC No. 056116
Shelley G. Bryant, SBC No. 222925
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone:  (559) 432-0986
Facsimile:  (559) 432-4871

Marielena Hincapié, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 1850
Los Angeles, California 90010
Telephone:  (213) 639-3900
Facsimile:  (213) 639-3911

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | No. CIV F-99-6443 OWW SMS<br><br>**REQUEST TO SUPPLEMENT PLAINTIFFS' WITNESS LIST IN PRETRIAL ORDER; ORDER GRANTING REQUEST**<br><br>[Hon. Oliver W. Wanger]<br><br>Trial Date: October 7, 2008 |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs respectfully request permission to make the following addition to the list of witnesses that may be called by plaintiffs at trial:

**Todd E. Grice**

Dated: August 21, 2008                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Christopher Ho
　　　　　　　　　　　　　　　　　　　Christina N. Chung
　　　　　　　　　　　　　　　　　　　Carole Vigne
　　　　　　　　　　　　　　　　　　　The LEGAL AID SOCIETY –
　　　　　　　　　　　　　　　　　　　　 EMPLOYMENT LAW CENTER

　　　　　　　　　　　　　　　　　　　William J. Smith
　　　　　　　　　　　　　　　　　　　Shelley G. Bryant
　　　　　　　　　　　　　　　　　　　W.J. SMITH & ASSOCIATES

　　　　　　　　　　　　　　　　　　　Marielena Hincapié
　　　　　　　　　　　　　　　　　　　NATIONAL IMMIGRATION LAW CENTER


　　　　　　　　　　　　　　By:    /s/  Christopher Ho
　　　　　　　　　　　　　　　　　　　CHRISTOPHER HO

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

REQUEST TO SUPPLEMENT PLAINTIFFS' WITNESS LIST IN PRETRIAL ORDER; [PROPOSED] ORDER GRANTING REQUEST                                    Case No. CIV F-99-6443 OWW SMS

1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED.**

Dated: August 22, 2008

/s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

REQUEST TO SUPPLEMENT PLAINTIFFS' WITNESS LIST IN PRETRIAL ORDER; [PROPOSED] ORDER GRANTING REQUEST                                                                                  Case No. CIV F-99-6443 OWW SMS

2

PDF created with pdfFactory trial version www.pdffactory.com