| | |
|---|---|
| 1 | Howard A. Sagaser #072492 |
| 2 | Michael S. Helsley #199103 |
|   | **SAGASER, JONES & HELSLEY** |
| 3 | 2445 Capitol Street, 2nd Floor |
|   | Post Office Box 1632 |
| 4 | Fresno, California 93717-1632 |
| 5 | Telephone: (559) 233-4800 |
|   | Facsimile: (559) 233-9330 |
| 6 | William C. Hahesy, #105743 |
| 7 | **LAW OFFICES OF WILLIAM C. HAHESY** |
|   | 225 W. Shaw Avenue, Suite 105 |
| 8 | Fresno, CA 93704 |
|   | Telephone (559) 579-1230 |
| 9 | Facsimile (559) 579-1231 |
| 10 | Email: bill@hahesylaw.com |
| 11 | Attorneys for Defendant Nibco, Inc. |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG, | Case No. CIV F-99 6443 OWW SMS<br><br>**ORDER RE REQUIREMENTS IN SECTION XIV B OF PRETRIAL CONFERENCE ORDER**<br><br>Trial Date: October 7, 2008<br>Judge: Hon. Oliver W. Wanger |
| Plaintiffs, | |
| v. | |
| NIBCO, INC., an Indiana corporation, | |
| Defendant. | |

///

///

///

G:\docs\ATimken\Orders To Be Signed\99cv6443.o.re.xiv.pretrial.doc                                                               1

REQUEST FOR ELIMINATION OF REQUIREMENT IN SECTION XIV B 2 OF PRETRIAL CONFERENCE ORDER AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the conference call with the Court and counsel on August 26, 2008, defendant Nibco submits this proposed order:

1. As set forth in the Joint Pretrial Conference Statement, in Section 21 at pages 165 and 166, the parties set forth the procedure that they intended to use for marking of the exhibits and the Court has agreed to adopt those procedures for purposes of the trial. The relevant portion of Section 21 of the Joint Pretrial Conference Statement states as follows:

> "Defendant Nibco has already marked its exhibits. The exhibits are marked using Letters and, if appropriate, followed by a numerical reference (i.e, Defendant Exhibit A-1.) The Plaintiffs will mark their exhibits using Numbers and any further identifiers as they deem appropriate. The Parties have agreed to use this exhibit marking approach."

2. The Court has agreed to adopt the parties' procedure for the marking of Exhibits and thus agrees that the provisions of Section XIV. B 1 and 2 of the Pretrial Conference Order shall be superseded by the provisions set forth above. The parties are still obligated to meet and conduct a joint exhibit conference and are currently seeking to schedule a time and place for that conference to examine each others' exhibits and prepare a final exhibit list.

3. The Court hereby orders that the provisions of Section XIV. B 1 and 2 are superseded by the provisions of paragraphs 1 and 2 above.

DATED: August 28, 2008            /s/ OLIVER W. WANGER
                                  Hon. Oliver W. Wanger
                                  UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com