Howard A. Sagaser #072492
Michael S. Helsley #199103
**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant Nibco, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG, <br><br> Plaintiffs, <br><br> v. <br><br> NIBCO, INC., an Indiana corporation, <br><br> Defendant. | Case No. CIV F-99 6443 OWW SMS <br><br> **EX PARTE APPLICATION TO COURT FOR LEAVE TO FILE OPPOSITION BRIEF NOT TO EXCEED 35 PAGES TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. GERALD BARRETT; DECLARATION OF WILLIAM C. HAHESY and ORDER THEREON** <br><br> DATE: September 19, 2008 <br> TIME: 12:00 Noon <br> CTRM.: 3 <br><br> JUDGE: Hon. Oliver W. Wanger |

///

///

///

G:\docs\ATimken\Orders To Be Signed\99cv6443.ap.35.pg.doc   1

PDF created with pdfFactory trial version www.pdffactory.com

## EX PARTE APPLICATION

Defendant Nibco, Inc., by and through its counsel of record, hereby applies ex parte to the Court for leave to file an opposition brief not to exceed 35 pages to the plaintiffs' motion to exclude testimony of Dr. Gerald Barrett. This Ex Parte Application is based upon the Declaration of William C. Hahesy submitted below. For the reasons set forth below, defendant Nibco requests the Court permit it leave to file its opposition brief not to exceed 35 pages.

## DECLARATION OF WILLIAM C. HAHESY

I, WILLIAM C. HAHESY, declare:

1. I am an attorney duly admitted to practice law before all courts of the State of California and the United States District Court, Eastern District of California, and I am one of the attorneys of record for defendant Nibco, Inc in the above-reference matter.

2. I have personal knowledge of the following matters, except those stated on information and belief, and as to those matters I believe true, and if called as a witness in this proceeding, after being duly sworn, I could and would competently testify thereto.

3. I am submitting this Declaration in opposition to the Motion by plaintiffs to exclude the testimony of Dr. Gerald Barrett.

4. In connection with that motion, the plaintiffs filed a memorandum of points and authorities that is nearly 26 pages in length, an appendix in support of authorities that includes three cases, and a declaration that attaches 8 separate exhibits which are approximately 1½ to 2 inches thick. The opposition to this motion is due September 8, 2008.

5. Pursuant to this Court's standing order, defendant Nibco, Inc. applies to the Court for leave to file an opposition brief not to exceed 35 pages in length. Counsel for defendant Nibco, Inc. will endeavor to keep the brief within the normal 25-page limit but seeks this relief at this time in the event that additional pages are needed to respond to the motion.

///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

6. For the foregoing reasons, I respectfully request that the Court grant defendant Nibco, Inc. the right to file a brief not to exceed 35 pages in opposition to plaintiffs' motion to exclude the testimony of Dr. Gerald Barrett.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 29th day of August, 2008 at Fresno, California.

_____/s/_____
William C. Hahesy

**ORDER**

IT IS SO ORDERED.

DATED: September 2, 2008        /s/ OLIVER W. WANGER\_\_\_\_\_
                                Hon. Oliver W. Wanger
                                UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com