**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800

Howard A. Sagaser 072492
Michael S. Helsley 199103

**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue,
Suite 105
Fresno, California  93704
Telephone: (559) 579-1230

William C. Hahesy 105743

Attorneys for Defendant, NIBCO, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>   Plaintiffs,<br><br>   v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>   Defendant. | Case No. CIV F-99 6443 OWW SMS<br><br>**ORDER IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME** |

      Having considered Defendant NIBCO, Inc. ("NIBCO") Ex Parte Application for an Order allowing their Motion To Quash Subpoena the Court finds as follows:

      GOOD CAUSE EXISTS to allow Defendants' Motion to be heard on shortened time, and Defendants' ex parte application regarding the hearing of this motion is hereby

{5098/004/00228714.DOC}                                    1

_____
[PROPOSED] ORDER IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME

PDF created with pdfFactory trial version www.pdffactory.com

1  GRANTED.  Accordingly, the hearing on this Motion will take place on October 3, 2008, at
2  10:00 a.m. in Courtroom 3 of the above-entitled Court.

3  GOOD CAUSE ALSO EXISTS to allow the parties to brief this motion on shortened
4  time, and Defendants' ex parte application regarding the briefing of this motion is also
5  GRANTED.  The parties' briefing schedule regarding the motion shall therefore be as follows:

6  Defendants' moving papers shall be filed and served on all parties by 9/29/2008.  Any
7  opposition to the motion shall be filed and served by 10/2/2008 by 12:00 p.m.  Given that
8  Defendants' motion is being heard on shortened time, all papers in support of or in opposition
9  to the motion will be served electronically or by personal service as to ensure that they are
10 received on no later than the date following the filing deadline.  Due to the close proximity
11 between the reply deadline and hearing date, however, any reply must be served by way of
12 facsimile on the same date as its filing deadline.

14 Dated:  September 29, 2008           /s/ OLIVER W. WANGER
                                       Judge for the Eastern District
15                                      of the United States Court

PDF created with pdfFactory trial version www.pdffactory.com