1

2

3  Howard A. Sagaser #072492
   Michael S. Helsley #199103

4  **SAGASER, JONES & HELSLEY**
   2445 Capitol Street, 2nd Floor

5  Post Office Box 1632
   Fresno, California  93717-1632

6  Telephone:  (559) 233-4800
   Facsimile: (559) 233-9330

7

8  William C. Hahesy, #105743
   **LAW OFFICES OF WILLIAM C. HAHESY**

9  225 W. Shaw Avenue, Suite 105
   Fresno, CA  93704

10 Telephone (559) 579-1230
   Facsimile (559) 579-1231

11 Email: bill@hahesylaw.com

12
   Attorneys for Defendant Nibco, Inc.

13

14             **UNITED STATES DISTRICT COURT**

15            **EASTERN DISTRICT OF CALIFORNIA**

16
   MARTHA RIVERA, MAO HER,              Case No. CIV F-99 6443 OWW SMS
17 ALICIA ALVAREZ, EVA ARRIOLA,
   PEUANG BOUNNHONG, CHHOM
18 CHAN, BEE LEE, PAULA                 **STIPULATION RE SUBPOENA TO**
   MARTINEZ, MARIA MEDINA, MAI          **THOMAS EISELE AND ORDER**
19 MEEMOUA, MARGARITA                   **THEREON**
   MENDOZA, BAO NHIA MOUA,
20 ISIDRA MURILLO, MARIA
   NAVARRO, VATH RATTANATAY,            Hearing Date: October 3, 2008
21 OFELIA RIVERA, SARA RIVERA,          Time:         10:00 a.m.
   MARIA RODRIGUEZ, MARIA RUIZ,         Courtroom:    3
22 MARIA VALDIVIA, SY VANG,
   YOUA XIONG, and SEE YANG,
23                                      Trial Date:   October 7, 2008
              Plaintiffs,
24                                      Judge:        Hon. Oliver W. Wanger
          v.
25
   NIBCO, INC., an Indiana corporation,
26
              Defendant.
27

28         The plaintiffs have issued and served a subpoena on Thomas Eisele, who is the General

   Counsel for defendant Nibco, Inc.

   ///

1

2          On behalf of Thomas Eisele, defendant Nibco, Inc. has filed a Motion to Quash the

3    Subpoena.

4          After the filing of that motion, the plaintiffs proposed to withdraw the subpoena, on the

5    condition that Nibco stipulate that Mr. Thomas Eisele signed the responses to the Equal

6    Employment Opportunity Commission.

7          Defendant Nibco, Inc. is agreeable to that Stipulation provided that, in exchange, the

8    plaintiffs agree not to call Mr. Eisele as a witness at any time during the course of the trial in

9    the above-reference matter.

10         The parties therefore request that the Court enter the following order:

11         1.      That the subpoena issued to Mr. Thomas Eisele is withdrawn and that Mr. Eisele

12   will not be called as a witness at the trial in the above-referenced matter;

13         2.      That defendant Nibco, Inc. stipulates that Mr. Eisele's signature is set forth on

14   the document referenced in the paragraph below; and

15         3.      That defendant Nibco, Inc. agrees not to assert any foundational objections to   .

16   the May 18, 1999 letter to Ms. Deborah Randall, Equal Employment Opportunity Commission,

17   San Francisco District Office, San Francisco, CA   (Bates 005310-005332 and attachments),

18   however, Defendant Nibco, Inc. reserves all other rights to object to the admission of the letter.

19

20   DATED:  _____                          THE LEGAL AID SOCIETY-
                                                EMPLOYMENT LAW CENTER
21

22                                              By: /s/ CHRISTOPHER HO
                                                   Christopher Ho,
23                                                  Attorneys for Plaintiffs

24

25   DATED:  9/30/08_____

26

27      By:  /s/ WILLIAM C. HAHESY

28                                              William C. Hahesy,
                                                Attorney for Defendant
                                                Nibco, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED:

1.      That the subpoena issued to Mr. Thomas Eisele is withdrawn and that Mr. Eisele will not be called as a witness at the trial in the above-referenced matter;

2.      That defendant Nibco, Inc. stipulates that Mr. Eisele's signature is set forth on the document referenced in the paragraph below; and

3.      That defendant Nibco, Inc. agrees not to assert any foundational objections to the May 18, 1999 letter to Ms. Deborah Randall, Equal Employment Opportunity Commission, San Francisco District Office, San Francisco, CA  (Bates 005310-005332 and attachments). Defendant Nibco, Inc. reserves all other rights to object to the admission of the letter.                                          .

DATED:  __10/1/2008_                              /s/ OLIVER W. WANGER
                                                                      Hon. Oliver W. Wanger
                                                                      United States District Court Judge