1

2

Howard A. Sagaser #072492
Michael S. Helsley #199103
**SAGASER, JONES & HELSLEY**

3

2445 Capitol Street, 2nd Floor
Post Office Box 1632

4

Fresno, California  93717-1632
Telephone:  (559) 233-4800

5

Facsimile: (559) 233-9330

6

William C. Hahesy, #105743

7

**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105

8

Fresno, CA  93704
Telephone (559) 579-1230

9

Facsimile (559) 579-1231
Email: bill@hahesylaw.com

10

11

Attorneys for Defendant Nibco, Inc.

12

**UNITED STATES DISTRICT COURT**

13

**EASTERN DISTRICT OF CALIFORNIA**

14

15

MARTHA RIVERA, MAO HER,
ALICIA ALVAREZ, EVA ARRIOLA,

16

PEUANG BOUNNHONG, CHHOM
CHAN, BEE LEE, PAULA

17

MARTINEZ, MARIA MEDINA, MAI
MEEMOUA, MARGARITA

18

MENDOZA, BAO NHIA MOUA,
ISIDRA MURILLO, MARIA

19

NAVARRO, VATH RATTANATAY,
OFELIA RIVERA, SARA RIVERA,

20

MARIA RODRIGUEZ, MARIA RUIZ,
MARIA VALDIVIA, SY VANG,

21

YOUA XIONG, and SEE YANG,

Plaintiffs,

22

v.

23

24

NIBCO, INC., an Indiana corporation,

Defendant.

25

Case No. CIV F-99 6443 OWW SMS

**AMENDED  ORDER RE
SUBPOENAS TO APPEAR AT
TRIAL**

Trial Date:    October 7, 2008
Time:          8:30 a.m.
Courtroom:     3

Judge:         Hon. Oliver W. Wanger

26

The Court has been advised that the plaintiffs and the defendant in this case have

27

subpoenaed witnesses to appear at this Court on October 7, 2008.  This order is directed to all

28

witnesses who have been subpoenaed to appear at Court on October 7, 2008, or who have

PDF created with pdfFactory trial version www.pdffactory.com

1    executed an agreement to remain on-call to appear to testify as a witness in this trial.

2        If you have a received a subpoena to appear to testify at trial on October 7, 2008, you

3    have the following two options:

4        1.    You are ordered to appear at this Court on October 9, 2008 for further

5    instruction from this Court as to the date or dates on which you may potentially be called to

6    testify at trial; or

7        2.    You may contact the attorney or attorneys who subpoenaed you.  The name of

8    the attorney or attorneys who subpoenaed you is at the bottom of your subpoena.  If you have

9    received a subpoena from the plaintiffs and you have received a subpoena from the defendant,

10   you will need to contact each attorney.  By contacting the attorneys, you can negotiate an

11   agreement with them to appear at the trial on reasonable notice, usually 24 to 48 hours.  The

12   benefit to you of such an agreement is that you will only have to appear at the Court after you

13   have been given either 24 or 48-hours' notice to appear.  Otherwise, it may be necessary for

14   you to appear at the Court each day until you are called to testify.  The Court prefers that you

15   not have to appear at the Court each day until you testify.  The Court urges you to contact the

16   attorney or attorneys who subpoenaed you.

17       The name and contact information for plaintiffs' attorneys is as follows:

18   William J. Smith:  559-432-0986.

19       The name and contact information for defendant's attorney is as follows:

20   William C. Hahesy: 559-579-1230.

21       If the attorney is not able to be reached at their office, please ask to speak to personnel

22   in his or her office.

23   DATED:  October 6, 2008        /s/ OLIVER W. WANGER_____

24                        Hon. Oliver W. Wanger
                         United States District Court Judge
25

26

27

28

G:\docs\ATimken\Orders To Be Signed\99cv6443.o.subpoenas.doc                                    2

AMENDED [PROPOSED] ORDER RE SUBPOENAS TO APPEAR AT TRIAL

PDF created with pdfFactory trial version www.pdffactory.com