Howard A. Sagaser #072492
Michael S. Helsley #199103
**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800
Facsimile: (559) 233-9330

William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA  93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant Nibco, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | Case No. CIV F-99 6443 OWW SMS<br><br>**STIPULATION RE FILING DATE OF PLAINTIFFS' EEOC AND DFEH CHARGES AND ORDER THEREON**<br><br>Trial Date:     October 7, 2008<br>Judge:          Hon. Oliver W. Wanger |

The parties in the above-entitled action hereby stipulate to the truth of the following facts in lieu of plaintiffs providing formal proof.  The parties also agree that the jury may be instructed to regard the following agreed facts as true.

PDF created with pdfFactory trial version www.pdffactory.com

1.   Each plaintiff filed a charge in this matter with the Equal Employment Opportunity Commission ("EEOC") on the following dates:

| | |
|---|---|
| Alicia Alvarez | 03/18/99 |
| Eva Arriola | 03/18/99 |
| Peuang Bounnhong | 06/28/99 |
| Chhom Chan | 06/28/99 |
| Mao Her | 05/21/99 |
| Bee Lee | 06/28/99 |
| Paula Martinez | 03/18/99 |
| Maria Medina | 03/18/99 |
| Margarita Mendoza | 03/18/99 |
| Bao Nhia Moua | 05/21/99 |
| Mai Mee Moua | 06/28/99 |
| Isidra Murillo | 03/18/99 |
| Maria Navarro | 03/18/99 |
| Vath Rattanatay | 06/28/99 |
| Martha Rivera | 03/18/99 |
| Ofelia Rivera | 03/18/99 |
| Sara Rivera | 03/18/99 |
| Maria Rodriguez | 03/18/99 |
| Maria Ruiz | 03/18/99 |
| Maria Valdivia | 03/18/99 |
| Sy Vang | 05/21/99 |
| Youa Xiong | 05/21/99 |
| See Yang | 05/21/99 |

2.   The EEOC issued a Notice of Right to Sue in this matter relating to each Plaintiff on the following dates:

| | |
|---|---|
| Alicia Alvarez | 08/17/99 |
| Eva Arriola | 08/17/99 |
| Peuang Bounnhong | 08/17/99 |
| Chhom Chan | 08/17/99 |
| Mao Her | 08/17/99 |
| Bee Lee | 08/17/99 |
| Paula Martinez | 08/17/99 |
| Maria Medina | 08/17/99 |
| Margarita Mendoza | 08/17/99 |
| Bao Nhia Moua | 08/17/99 |
| Mai Mee Moua | 08/17/99 |
| Isidra Murillo | 08/17/99 |
| Maria Navarro | 08/17/99 |
| Vath Rattanatay | 08/17/99 |
| Martha Rivera | 08/17/99 |

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| Ofelia Rivera | 08/17/99 |
| Sara Rivera | 08/17/99 |
| Maria Rodriguez | 08/17/99 |
| Maria Ruiz | 08/17/99 |
| Maria Valdivia | 08/17/99 |
| Sy Vang | 08/17/99 |
| Youa Xiong | 08/17/99 |
| See Yang | 08/17/99 |

3. Each plaintiff filed a charge in this matter with the Department of Fair Employment and Housing (" DFEH") on the following dates:

|   |   |
|---|---|
| Alicia Alvarez | 03/23/99 |
| Eva Arriola | 03/23/99 |
| Peuang Bounnhong | 06/30/99 |
| Chhom Chan | 06/30/99 |
| Mao Her | 05/28/99 |
| Bee Lee | 06/30/99 |
| Paula Martinez | 03/23/99 |
| Maria Medina | 03/23/99 |
| Margarita Mendoza | 03/23/99 |
| Bao Nhia Moua | 05/28/99 |
| Mai Mee Moua | 06/30/99 |
| Isidra Murillo | 03/23/99 |
| Maria Navarro | 03/23/99 |
| Vath Rattanatay | 06/30/99 |
| Martha Rivera | 03/22/99 |
| Ofelia Rivera | 03/22/99 |
| Sara Rivera | 03/23/99 |
| Maria Rodriguez | 03/22/99 |
| Maria Ruiz | 03/22/99 |
| Maria Valdivia | 03/22/99 |
| Youa Xiong | 05/28/99 |
| See Yang | 05/28/99 |
| Sy Vang | 05/28/99 |

4. The DFEH issued a Notice of Right to Sue in this matter relating to each Plaintiff on the following dates:

|   |   |
|---|---|
| Alicia Alvarez | 03/23/99 |
| Eva Arriola | 03/23/99 |
| Peuang Bounnhong | 06/30/99 |
| Chhom Chan | 06/30/99 |
| Mao Her | 05/28/99 |
| Bee Lee | 06/30/99 |

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Paula Martinez | 03/23/99 |
| Maria Medina | 03/23/99 |
| Margarita Mendoza | 03/23/99 |
| Bao Nhia Moua | 05/28/99 |
| Mai Mee Moua | 06/30/99 |
| Isidra Murillo | 03/23/99 |
| Maria Navarro | 03/23/99 |
| Vath Rattanatay | 06/30/99 |
| Martha Rivera | 03/22/99 |
| Ofelia Rivera | 03/22/99 |
| Sara Rivera | 03/23/99 |
| Maria Rodriguez | 03/22/99 |
| Maria Ruiz | 03/22/99 |
| Maria Valdivia | 03/22/99 |
| Sy Vang | 05/28/99 |
| Youa Xiong | 05/28/99 |
| See Yang | 05/28/99 |

DATED: October __, 2008   THE LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER

By: _____
Christopher Ho,
Attorneys for Plaintiffs

DATED: October ___, 2008   By: _____
William C. Hahesy,
Attorney for Defendant
Nibco, Inc.

**ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The parties in the above-entitled action have stipulated to the truth of the foregoing facts in lieu of plaintiffs providing formal proof; and,

2. The parties agree that the jury may be instructed to regard the foregoing agreed facts as true.

DATED: November 12, 2008   /s/ OLIVER W. WANGER_____
Hon. Oliver W. Wanger
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com