FILED
NOV 26 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, ET.AL.,<br>        Plaintiff,<br>   v.<br>NIBCO, INC.,<br>        Defendant. | 1:99-cv-6443 OWW<br><br>JURY NOTE |

____ We the jury have the following question:




 X   We the jury have reached a unanimous verdict.

*albert Velostra*
_____
Foreperson

1

11·26·08  1:30