Christopher Ho, SBC No. 129845
Christina N. Chung, SBC No. 194630
Carole Vigne, SBC No. 251829
The LEGAL AID SOCIETY --
    EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

William J. Smith, SBC No. 056116
Shelley G. Bryant, SBC No. 222925
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone:  (559) 432-0986
Facsimile:  (559) 432-4871

Marielena Hincapié, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 1850
Los Angeles, California 90010
Telephone:  (213) 639-3900
Facsimile:  (213) 639-3911

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>    Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>    Defendant. | No. CIV F-99-6443 OWW SMS<br><br>**STIPULATION AND ORDER RE PLAINTIFFS' NATIONAL ORIGINS AND PRIMARY LANGUAGES**<br><br>[Hon. Oliver W. Wanger]<br><br>[Trial Date:  October 8, 2008] |

**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS'
NATIONAL ORIGINS AND PRIMARY LANGUAGES
Case No. CIV F-99-6443 OWW SMS**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED that the national origin and primary language of each plaintiff in this matter is as follows:

| PLAINTIFF | NATIONAL ORIGIN |
|---|---|
| Alicia Alvarez | Hispanic |
| Eva Arriola | Hispanic |
| Peuang Bounnhong | Asian |
| Chhom Chan | Asian |
| Mao Her | Asian |
| Bee Lee | Asian |
| Paula Martinez | Hispanic |
| Maria Medina | Hispanic |
| Mai Meemoua | Asian |
| Margarita Mendoza | Hispanic |
| Bao Nhia Moua | Asian |
| Isidra Murillo | Hispanic |
| Maria Navarro | Hispanic |
| Vath Rattanatay | Asian |
| Martha Rivera | Hispanic |
| Ofelia Rivera | Hispanic |
| Sara Rivera | Hispanic |
| Maria Rodriguez | Hispanic |
| Maria Ruiz | Hispanic |
| Maria Valdivia | Hispanic |
| Sy Vang | Asian |
| Mai Youa Xiong | Asian |
| See Yang | Asian |

IT IS SO STIPULATED.

**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS'
NATIONAL ORIGINS AND PRIMARY LANGUAGES
Case No. CIV F-99-6443 OWW SMS**                                                                    **Page 1**

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  November ____, 2008          Christopher Ho
                                     Christina N. Chung
                                     Carole Vigne
                                     The LEGAL AID SOCIETY –
                                       EMPLOYMENT LAW CENTER

                                     William J. Smith
                                     Shelley G. Bryant
                                     W.J. SMITH & ASSOCIATES

                                     Marielena Hincapié
                                     NATIONAL IMMIGRATION LAW CENTER


                          By:   /s/  Christopher Ho
                                CHRISTOPHER HO

                                Attorneys for Plaintiffs




Dated:  November ____, 2008     _____
                                William Hahesy
                                Attorney for Defendant



                                **ORDER**

   **IT IS SO ORDERED.**


Dated:  November 26, 2008       /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS'
NATIONAL ORIGINS AND PRIMARY LANGUAGES**
**Case No. CIV F-99-6443 OWW SMS**                            **Page 2**

PDF created with pdfFactory trial version www.pdffactory.com