```
                                        FILED
                                  JUGMENT ENTERED

                                  _____
                                        Date
                                  by _____A. Timken_____
                                       Deputy Clerk
                                    U.S. District Court
                              Eastern District of California
                                  __XX___ FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARTHA RIVERA, ET.AL.,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:99-CV-06443 OWW/SMS

NIBCO, INC.,

    Defendant.
_____/

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

    IT IS HEREBY ORDERED AND ADJUDGED that the unanimous verdicts of trial jury were returned in open court November 26, 2008, finding in favor of defendant Nibco, Inc and against each plaintiff on all of plaintiff's claims.

    Judgment is entered in favor of defendant Nibco, Inc. and against each plaintiff: Martha Rivera, Mao Her, Alicia Alvarez, Eva Arriola, Peuang Bounnhong, Chhom Chan, Bee Lee, Paula Martinez, Maria Domitilia Medina, Mai Meemoua, Margarita Mendoza, Bao Nhia Moua, Isidra Murillo, Maria Navarro, Vath Rattanatay, Ofelia Rivera, Sara Rivera, Maria Rodriguez, Maria Ruiz, Maria Valdivia, Sy Vang, Youa Xiong, See Yang. Plaintiffs shall take nothing by their complaint. Defendant shall recover its costs of suit.

DATED: December 1, 2008

                                                  VICTORIA C. MINOR, Clerk

                                                  /S/ Alice Timken
                                 By:
                                                      Deputy Clerk

jgm.civ
2/1/95