```
                              FILED
                           JUDGMENT ENTERED

                         _____
                                 Date
                    by _____A. Timken_____
                              Deputy Clerk
                          U.S. District Court
                     Eastern District of California
                       __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARTHA RIVERA, ET.AL.,

       Plaintiff,

vs.                        **JUDGMENT IN A CIVIL ACTION**

                                1:99-CV-06443 OWW/SMS

NIBCO, INC.,

       Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdicts.

       IT IS HEREBY ORDERED AND ADJUDGED that the unanimous verdicts of trial jury were returned in open court November 26, 2008, finding in favor of defendant Nibco, Inc and against each plaintiff on all of plaintiff's claims.

       Judgment is entered in favor of defendant Nibco, Inc. and against each plaintiff: Martha Rivera, Mao Her, Alicia Alvarez, Eva Arriola, Peuang Bounnhong, Chhom Chan, Bee Lee, Paula Martinez, Maria Domitilia Medina, Mai Meemoua, Margarita Mendoza, Bao Nhia Moua, Isidra Murillo, Maria Navarro, Vath Rattanatay, Ofelia Rivera, Sara Rivera, Maria Rodriguez, Maria Ruiz, Maria Valdivia, Sy Vang, Youa Xiong, See Yang.  Plaintiffs shall take nothing by their complaint.  Defendant shall recover its costs of suit.

DATED: December 1, 2008

                                        VICTORIA C. MINOR, Clerk

                                        /S/ Alice Timken
                            By:
                                          Deputy Clerk

jgm.civ
2/1/95