AO 133  (Rev. 4/03)  Bill of Costs

# UNITED STATES DISTRICT COURT
### Eastern District of California

MARTHA RIVERA, et al.

**BILL OF COSTS**

V.

NIBCO,INC., an Indiana corporation

Case Number:  CIV F-99 6443 OWW SM

Judgment having been entered in the above entitled action on ___December 1, 2008___ against __Plaintiffs__ ,
                                                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 46,056.69 |
| (Exhibits A, B and C) | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,071.12 |
| (Exhibits E and F) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . . . . | 25,132.00 |
| (Exhibit H) | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25,968.18 |
| (Exhibits D, G and I) | |
| TOTAL | 102,227.99 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:  __See attached__ .

Signature of Attorney: _____

Name of Attorney:  __William C. Hahesy__

For: __Defendant Nibco, Inc.__                                Date: __December 5, 2008__
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Victoria C. Minor            By: _____            _____
Clerk of Court                      Deputy Clerk                                         Date

AO-133E

**WITNESS FEES (See 28 U.S.C. § 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE ($40 per day) | | SUBSISTENCE | | MILEAGE 36¢/mile | | TOTAL |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| SEE ATTACHED EXHIBITS "E" AND "F" | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | **TOTAL** | 0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

## PROOF OF SERVICE

My business address is 225 W. Shaw Avenue, Suite 105, Fresno, California 93704.   I am employed in Fresno County, California.   I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **BILL OF COSTS** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED

**X**        (BY MAIL)    I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

_____        (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

_____        (BY ELECTRONIC MAIL)   I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated.

_____        (BY FACSIMILE)    I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

_____        (BY OVERNIGHT COURIER)   I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED on December 5, 2008, at Fresno, California.

_____        (STATE)        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__        (FEDERAL)    I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

_____
Joni Stuart

Christopher Ho, Esq.
Willie N. Nguyen, Esq.
**The Legal Aid Society -**
**Employment Law Center**
600 Harrison Street, Suite 120
San Francisco, California  94107

William J. Smith, Esq.
Tina R. Griffin, Esq.
**W.J. Smith & Associates**
2350 West Shaw Avenue, Suite 132
Fresno, California  93711

Marielena Hincapie, Esq.
**National Immigration Law Center**
3435 Wilshire Boulevard, Suite 1850
Los Angeles, California  90010

Howard A. Sagaser, Esq.
**Sagaser, Jones & Helsley**
2445 Capitol Street, 2nd Floor
Fresno, CA  93721

*Rivera, et al. vs. Nibco, Inc.*
Case No. 99-6443 OWW SMS

## Bill of Costs
## Attachment

### DEPOSITIONS OF WITNESSES TESTIFYING AT TRIAL (EXHIBIT "A")

| Court Reporter | Deponent | Date | Amount |
|---|---|---|---|
| Central Valley Court Reporters | Martha Rivera, Vol. 1 | 5/14/01 | 190.63 |
| Cindy Lucas Reporting | Doug Kieper, Vol. 1 | 10/17/01 | 401.50 |
| Cindy Lucas Reporting | Doug Kieper, Vol. 2 | 10/18/01 | 425.50 |
| Cindy Lucas Reporting | Greg Ceballos | 11/5/01 | 313.00 |
| Cindy Lucas Reporting | Randy Cates | 11/13/01 | 304.25 |
| Cindy Lucas Reporting | Kenneth Moreno | 11/8/01 | 291.25 |
| Cindy Lucas Reporting | Connie Hitt Williams, Vol. 1 | 11/27/01 | 372.50 |
| Cindy Lucas Reporting | Gloria Watson | 11/30/01 | 230.50 |
| Cindy Lucas Reporting | Anita Escamilla | 11/29/01 | 361.25 |
| Cindy Lucas Reporting | Connie Hitt Williams, Vol. 2 | 11/28/01 | 418.25 |
| Audrey Hill & Associates | Martha Rivera, Vol. 1 | 1/14/02 | 557.50 |
| Audrey Hill & Associates | Maria Medina, Vol 1 | 1/15/02 | 677.75 |
| Audrey Hill & Associates | Vath Rattanatay, Vol. 1 | 1/29/02 | 637.75 |
| Audrey Hill & Associates | Martha Rivera, Vol. 2 | 1/31/02 | 646.00 |
| Audrey Hill & Associates | Sara Rivera | 2/6/02 | 837.00 |
| Audrey Hill & Associates | Maria Ruiz | 2/13/02 | 750.00 |
| Audrey Hill & Associates | Maria Navarro | 2/5/02 | 919.50 |
| Audrey Hill & Associates | Isidra Murillo | 2/12/02 | 693.75 |
| Audrey Hill & Associates | Vath Rattanatay, Vol. 2 | 1/30/02 | 436.25 |
| Audrey Hill & Associates | Ofelia Rivera | 2/7/02 | 765.50 |
| Audrey Hill & Associates | Margarita Mendoza | 2/4/02 | 893.25 |
| Cindy Lucas Reporting | Steven Brunnengraeber | 1/23/02 | 427.50 |
| Bamford Reporting Service | Liduvina Maria Robledo, Vol. 1 | 3/8/02 | 766.75 |
| Audrey Hill & Associates | Sy Vang | 2/20/02 | 877.25 |
| White & Associates | Liduvina Maria Robledo, Vol. 2 | 3/9/02 | 732.30 |
| Audrey Hill & Associates | Maria Medina, Vol. 2 and Ofelia Rivera, Vol, 2 | 2/14/02 | 580.25 |
| Audrey Hill & Associates | Mao Her | 2/27/02 | 635.75 |
| Audrey Hill & Associates | Alicia Alvarez | 3/5/02 | 727.25 |
| Audrey Hill & Associates | Maria Rodriguez | 2/28/02 | 759.25 |
| Audrey Hill & Associates | Maria Valdivia | 3/4/02 | 705.75 |
| Audrey Hill & Associates | See Yang | 3/13/02 | 786.25 |
| Audrey Hill & Associates | Chhom Chan | 3/19/02 | 878.25 |
| Audrey Hill & Associates | Bao Nhia Moua | 3/12/02 | 728.75 |
| Cindy Lucas Reporting | Eva Arriola | 3/11/02 | 850.25 |
| Audrey Hill & Associates | Youa Xiong | 4/15/02 | 819.50 |
| Audrey Hill & Associates | Peuang Bounnhong | 4/4/02 | 708.75 |
| Audrey Hill & Associates | Paula Martinez | 4/25/02 | 773.00 |

| Court Reporter | Deponent | Date | Amount |
|---|---|---|---|
| Audrey Hill & Associates | Mai Mee Moua | 5/15/02 | 751.50 |
| Audrey Hill & Associates | Bee Lee | 5/16/02 | 775.00 |
| Cindy Lucas Reporting | Mark Rein | 4/29/02 | 325.00 |
| Audrey Hill & Associates | Mao Her, Vol 2, Isidra Murillo, Vol. 2 | 6/18/02 | 782.75 |
| Tucker & Associates | Earnest Harper | 10/30/03 | 1,414.21 |
| Wilson Reporting | William Lepowsky | 3/26/04 | 374.50 |
| Leslie Tanimura | Gerald Barrett | 9/30/04 | 952.75 |
| Leslie Tanimura | Gerald Barrett Vol. 2 | 10/1/04 | 911.00 |
| Atkinson-Baker | Roseann Gonzalez | 10/14/04 | 1,451.95 |
| Atkinson-Baker | Roseann Gonzalez, Vol. 2 | 10/15/04 | 1,005.80 |
| Colville & Associates | Roseann Gonzalez | 3/15/06 | 441.85 |
| Audrey Hill & Associates | Karen Bowerman | 4/6/04 | 1,516.75 |
| **TOTAL:** | | | **$ 33,582.74** |

**DEPOSITIONS OF WITNESS TESTIMONY USED IN CONNECTION WITH MOTIONS FOR
SUMMARY JUDGMENT (EXHIBIT "B")**

| Court Reporter | Deponent | Date | Amount |
|---|---|---|---|
| Cindy Lucas Reporting | Mike Farrell | 10/10/01 | 199.75 |
| Cindy Lucas Reporting | James Polian | 10/9/01 | 324.75 |
| Cindy Lucas Reporting | Craig Vilhauer | 11/02/01 | 331.00 |
| Cindy Lucas Reporting | Margaret Franchi | 10/23/01 | 116.75 |
| Cindy Lucas Reporting | Henry Medina | 10/22/01 | 231.00 |
| Cindy Lucas Reporting | Paul Penerian | 12/14/01 | 272.25 |
| Cindy Lucas Reporting | Eliseo Avitia | 12/13/01 | 253.50 |
| Cindy Lucas Reporting | Gary Ledbetter | 3/26/02 | 292.50 |
| Audrey Hill & Associates | Regina Bezold | 4/30/02 | 451.00 |
| Midwest Reporting | Dennis Parker | 5/21/02 | 350.65 |
| Midwest Reporting | Dennis Parker, Vol 2 | 7/9/02 | 443.60 |
| Audrey Hill & Associates | David Smith | 11/25/03 | 147.50 |
| Cindy Lucas Reporting | Daniel Schueler | 7/12/02 | 231.50 |
| Wilson Reporting | Jay Finkelman | 5/14/04 | 485.05 |
| Cindy Lucas Reporting | Ruben Burnias | 10/14/03 | 429.75 |
| Cindy Lucas Reporting | Darcey Voyles | 4/8/02 | 283.75 |
| **TOTAL:** | | | **$ 4,844.30** |

**OTHER DEPOSITIONS TAKEN IN THE COURSE OF THIS CASE**
**(EXHIBIT "C")**

| Court Reporter | Deponent | Date | Amount |
|---|---|---|---|
| Cindy Lucas Reporting | Michael Ranieri | 11/7/01 | 182.00 |
| Audrey Hill & Associates | Rachel Rodriguez | 4/30/02 | 636.50 |
| Audrey Hill & Associates | Xhue Yang (former plaintiff) | 5/13/02 | 596.75 |
| Maes & Associates | Phil Wyatt and Todd Loomis | 5/23/02 | 411.80 |
| Tri County Court Reporting | Roger Moitoso | 5/24/02 | 423.85 |
| Molly Roberts Court Reporter | Craig Roth | 6/25/02 | 383.15 |
| Cindy Lucas Reporting | Rick Sarkissian (Defendant expert) | 12/7/05 | 292.75 |
| Esquire Deposition | Joseph Penbera (Plaintiff expert) | 12/8/05 | 955.05 |
| Esquire Deposition | Francisco Gomez (Plaintiff expert) | 12/7/05 | 1,348.30 |
| Esquire Deposition Services | Malcolm Cohen (Defendant expert) | 9/23/03 | 436.90 |
| Esquire Deposition Services | Malcolm Cohen (Defendant expert) | 9/24/04 | 345.45 |
| Esquire Deposition Services | Malcolm Cohen (Defendant expert) | 3/17/04 | 586.15 |
| Midwest Reporting | Joseph Gross & James Drexinger | 7/11/02 | 1,031.00 |
| **TOTAL:** | | | **$ 7,629.65** |

## VIDEOTAPE RECORDING OF DEPOSITIONS
## (EXHIBIT "D")

| Vendor | Description | Amount |
|---|---|---|
| Mayer Media | Deposition, Martha Rivera | 242.16 |
| Mayer Media | Deposition, Martha Rivera | 43.05 |
| Video/Audio Recording Services | Deposition, Martha Rivera | 234.00 |
| Legal Video Solutions | Deposition, Connie Hitt | 210.00 |
| Legal Video Solutions | Deposition, Doug Kieper | 260.00 |
| Mayer Media | Deposition, Ofelia Rivera | 647.25 |
| Mayer Media | Deposition, Maria Navarro | 728.16 |
| Mayer Media | Deposition, Vath Rattanatay | 869.74 |
| Mayer Media | Deposition, Ofelia Rivera, Vol. 2 | 323.63 |
| Mayer Media | Deposition, Sy Vang | 788.84 |
| Mayer Media | Deposition, Isidra Murillo | 566.34 |
| Mayer Media | Deposition, Mao Her | 586.57 |
| Mayer Media | Deposition, Bao Nhia Moua | 667.48 |
| Mayer Media | Deposition, Ofelia Rivera | 129.45 |
| Mayer Media | Deposition, Youa Xiong | 707.93 |
| Mayer Media | Deposition, Rattanatay, B. Moua | 415.32 |
| Mayer Media | Deposition, Paula Martinez & Peuang Bounnhong | 1,402.38 |
| Mayer Media | Deposition, Mao Her, Isidra Murillo | 748.38 |
| Mayer Media | Deposition, Bee Lee | 728.16 |
| **TOTAL:** | | **$ 10,298.84** |

## WITNESS FEES: TESTIMONY AT TRIAL
## (EXHIBIT "E")

| Witness Name | Witness Fee Paid |
|---|---|
| Steven Brunnengraeber | 69.00 |
| Vorleak Long | 69.00 |
| Ken Moreno | 69.00 |
| Greg Ceballos | 69.00 |
| Alicia Alvarez | 69.00 |
| Eva Arriola | 69.00 |
| Peuang Bounnhong | 69.00 |
| Chhom Chan | 69.00 |
| Mao Her | 69.00 |
| Bee Lee | 69.00 |
| Paula Martinez | 69.00 |
| Maria Medina | 69.00 |
| Margarita Mendoza | 69.00 |
| Bao Nhia Moua | 69.00 |
| Mai Mee Moua | 69.00 |
| Isidra Murillo | 69.00 |
| Maria Navarro | 69.00 |
| Vath Rattanatay | 69.00 |
| Martha Rivera | 69.00 |
| Ofelia Rivera | 69.00 |
| Sara Rivera | 69.00 |
| Maria Rodriguez | 69.00 |
| Maria Ruiz | 69.00 |
| Maria Valdivia | 69.00 |
| Sy Vang | 69.00 |
| Youa Xiong | 69.00 |
| See Yang | 69.00 |
| **TOTAL:** | **$ 1,863.00** |

## WITNESS FEES: SERVED BUT NOT CALLED AT TRIAL
## (EXHIBIT "F")

| Witness Name | Witness Fee Paid |
| --- | --- |
| Henry Medina | 91.04 |
| Doug Deffenbach | 69.00 |
| Mai Moua | 69.00 |
| Hortencia Rodriguez | 69.00 |
| Fermin Gasca | 69.00 |
| Albert Diaz | 69.00 |
| Dustin Cabral | 69.00 |
| Miguel Alvarez | 69.00 |
| Griselda Lopez | 69.00 |
| Paul Bergen | 69.00 |
| Jose Ruiz | 69.00 |
| Ryland Williams | 69.00 |
| Doug Bunting | 69.00 |
| Craig Vilhauer | 69.00 |
| Rosa Ceja | 69.00 |
| Rachel Rodriguez | 69.00 |
| Connie Williams | 150.08 |
| Mark Rein | 69.00 |
| Darcey Voyles | 69.00 |
| Long Thao | 69.00 |
| Chao Her | 69.00 |
| Jim Polian | 69.00 |
| Visal Long | 69.00 |
| Margaret Franchi | 69.00 |
| Michael Farrell | 69.00 |
| Robert Alvarez | 69.00 |
| Marcus Avalos | 69.00 |
| Kirsten Burrows | 69.00 |
| Aaron DeOcio | 69.00 |
| Eusebio Gamez | 69.00 |
| Mike Ranieri | 69.00 |
| Gustavo Rivera | 69.00 |
| Josue Alvarez | 69.00 |
| Regina Staiger Bezold | 69.00 |
| Southone Bounphonh | 69.00 |
| Chi Minh Dao | 69.00 |
| Rita Garcia | 69.00 |
| Stan Hawkins | 69.00 |
| Jose Villa | 69.00 |
| Kathy Westerman | 69.00 |
| Custodian of Records, Zee Medical | 69.00 |
| Anthony Malt | 69.00 |
| Violet Valdez | 69.00 |

| Witness Name | Witness Fee Paid |
|---|---|
| Anita Escamilla | 69.00 |
| Dean James | 69.00 |
| **TOTAL:** | **$ 3,208.12** |

## ROUGH TRANSCRIPT FEES
## (EXHIBIT "G")

| Vendor | Description | Amount |
|---|---|---|
| Karen L. Lopez | Transcripts – motions in limine hearings held on 9/19/08, 9/22/08, 9/25/08 and 9/26/08 | $480.00 |
| Karen L. Lopez | Transcript – opening statements held on 10/9/08 | 34.20 |
| Karen L. Lopez | Transcripts – trial days 1-7 | 3,199.45 |
| Karen L. Lopez | Transcripts – trial days 8-26 | 9,073.75 |
| **TOTAL:** | | **$12,787.40** |

**EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED
FOR USE IN THIS CASE:  TRIAL EXHIBITS
(EXHIBIT "H")**

| Vendor | Description | Amount |
|---|---|---|
| Law Offices of William C. Hahesy | Photocopy charges 10/15/08-11/15/08, trial exhibits and documents used during course and preparation of defense | 6,066.55 |
| Valley Document Solutions | Photocopy trial exhibits 8/5/08 | 2,419.59 |
| Valley Document Solutions | Trial exhibits | 15,713.39 |
| Valley Document Solutions | Trial exhibits 10/27/08 | 137.86 |
| Valley Document Solutions | Trial exhibits 11/18/08 | 794.61 |
| **TOTAL:** | | **$ 25,132.00** |

y:\nibco\pldg\bill of costs attachment.doc

## WITNESS TRAVEL
## (EXHIBIT "I")

| Witness: John Hall | Amount |
|---|---|
| Meals | 33.28 |
| Hotel | 414.56 |
| Rental Car | 132.80 |
| Parking, Gas | 24.34 |
| Misc. | 11.86 |
| Airfare | 2141.50 |
| Mileage | 93.60 |
| Luggage | 30.00 |
| **TOTAL:** | **$2,881.94** |