Christopher Ho, SBC No. 129845
Christina N. Chung, SBC No. 194630
Carole Vigne, SBC No. 251829
The LEGAL AID SOCIETY -
  EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA 94107-1387
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

William J. Smith, SBC No. 056116
Shelley G. Bryant, SBC No. 222925
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone:  (559) 432-0986
Facsimile:  (559) 432-4871

Marielena Hincapié, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, California 90010
Telephone:  (213) 639-3900
Facsimile:  (213) 639-3911

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation<br><br>Defendant. | **No.  CIV F-99-6443 OWW SMS**<br><br>**DECLARATION OF CAROLE VIGNE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S COST BILL** |

**CASE NO.  CIV F-99-6443 OWW SMS**

1

2      I, CAROLE VIGNE, declare as follows:

3          1.      I am one of the counsel for Plaintiffs in the within action. The matters stated herein

are personally known to me, and I would and could competently testify thereto if called as a witness.

4          2.      I make this declaration in support of Plaintiffs' Oppositions to Defendant's Cost Bill

5    (hereinafter Plaintiffs' Oppositions).

6          3.      Plaintiffs are represented by the Legal Aid Society – Employment Law Center, a non-

7    profit legal entity with 501(c)(3) status, whose mission it is to offer free legal services to members of

8    the community who have few assets and limited resources.

9

10         4.      The Legal Aid Society – Employment Law Center promotes the stability of low

11   income and disadvantaged workers and their families by providing numerous legal services to

12   workers who face discrimination as well as minority communities who are disproportionately

13   subject to particular types of workplace abuses, such as those which were challenged in the within

14   litigation.

15

16         5.      Plaintiffs consist of 23 low-wage workers, all of whom are either Latino immigrants

17   or Southeast Asian refugees.  All are language minorities – that is, persons whose primary language

18   is not English, and whose proficiency in English is limited.

19         6.      Plaintiffs have limited financial resources.  As evidenced by Plaintiffs' discovery

20   responses related to the mitigation of damages and declarations in support of Plaintiffs' Oppositions,

21   Plaintiffs have either been unemployed, held low-wage jobs, or retired since their layoffs from

22   Defendant NIBCO, Inc. in 1998.

23

24         7.      In September 2008, Plaintiffs supplemented their responses to written discovery,

25   including Defendant's Interrogatory No. 147, which in relevant part asked: "Please IDENTIFY . . .

26   the employment YOU have secured since working for NIBCO, as well as YOUR earnings and

27

28

CASE No.  CIV F-99-6443 OWW SMS                                                              PAGE 1
DECLARATION OF CAROLE VIGNE IN SUPPORT OF PLAINTIFFS'
OPPOSITIONS TO DEFENDANT'S BILL OF COSTS

benefits derived therefrom." Plaintiffs created a chart, entitled Revised Exhibit A (Summaries of Amounts Reflected on Records Produced in Response to Defendants' Production Request No. 42 and Information Responsive to Defendant's Interrogatory No. 147, April 12, 2001, updated September 2008), summarizing their responses to Defendant's Interrogatory No. 147 and verified by each Plaintiff by reference as part of her interrogatory responses. This chart is attached hereto as Exhibit A in support of Plaintiffs' Oppositions.

8.      Plaintiff Alicia Alvarez is a low-wage worker. Her current wage is $8.90 per hour. Her year-to-date income in 2008, as of September 2008, was approximately $11,042.64. Her income in 2007 was approximately $14,313,32. Her income in 2006 was approximately $14,368.90. In 2005, her income was approximately $7,375.00. Her income in 2004 was approximately $5,000.00. Her income in 2003 was approximately $8,591.73. Her income in 2002 was approximately $1,674.74. Her income was approximately $13,244.63 in 2001. Ms. Alvarez was unemployed in 2000 and, accordingly, had no income. Her income in 1999 totaled $7,601.68. Attached hereto as Exhibit B in support of Plaintiffs' Oppositions is Plaintiff Alicia Alvarez's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

9.      Plaintiff Eva Arriola is a low-wage worker. Ms. Arriola is separately submitting a Declaration in Support of Plaintiffs' Oppositions, in which she declares her current salary and year-to-date income as well as her hourly wage and income for the years between 2005 and 2007. In 2004, Ms. Arriola's income totaled approximately $7,516.39. Her income in 2003 was approximately $18,773.48. Her income in 2002 was approximately $18,779.29. In 2001, her income was approximately $14,913.80. Her income in 2000 was approximately $913.50. Her income in 1999 was approximately $6,782.77. Attached hereto as Exhibit C in support of Plaintiffs'

1  Oppositions is Plaintiff Eva Arriola's Supplemental Responses to Defendant's Interrogatories, Nos.

2  122, 123 & 147, dated April 7, 2005, and Verification.

3      10.    Plaintiff Peuang Bounnhong has not been able to find regular employment since her

4  layoff in 1998; she has been aiding her husband with agricultural work since 1999, although her

5  deteriorating health has been an obstacle in recent years.  She is separately submitting a Declaration

6
   in Support of Plaintiff's Oppositions, in which she states her unemployed status and declares she has
7
   not received any income since 2005.  In 2004, Ms. Bounnhong's income was approximately
8
9  $4,000.00.  Her income in 2003 was approximately $2,000.00.  Her income in 2002 was

10  approximately $6,000.00.  Her income in 2001 was approximately $8,000.00.  In 2000, her income

11  was approximately $5,000.00.  Her income in 1999 was approximately $3,000.00.  Attached hereto

12
    as Exhibit D in support of Plaintiffs' Oppositions is Plaintiff Peuang Bounnhong's Further
13
    Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2,
14
15  2008, and Verification.

16      11.    Plaintiff Chhom Chan is a low-wage worker. Her current salary is $9.45 an hour.  Her

17  year-to-date income in 2008, as of September 2008, was approximately $18,025.00.  Ms. Chan's

18  income in 2007 was approximately $19,542.32.   Her income in 2006 was approximately

19  $31,042.32.  In 2005, her income was approximately $1,800.00.  Her income in 2004 was

20
    approximately $16,599.10.  Her income in 2003 was approximately $15,770.77.  Her income in
21
    2002 was approximately $15,995.61.  Ms. Chan's income in 2001 was approximately $15,658.32.
22
23  Her income in 2000 was approximately $13,066.35.  Her income in 1999 was approximately

24  2,288.01.  Attached hereto as Exhibit E in support of Plaintiffs' Oppositions is Plaintiff Chhom

25  Chan's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated

26  October 2, 2008, and Verification.

27

28

12.    Plaintiff Mao Her is a low-wage worker. Her current salary is $9.50 per hour. Her year-to-date income in 2008, as of September 2008, was approximately $25,168.10. Her income in 2007 was approximately $17,507.30. Her income in 2006 was approximately $24,957.41. Ms. Her's income in 2005 was approximately $25,672.46. In 2004, her income was $23,378.55. Her income in 2003 was approximately $17,743.91. Her income in 2002 was approximately $15,157.55. Her income in 2001 was approximately $13,963.95. Attached hereto as Exhibit F in support of Plaintiffs' Oppositions is Plaintiff Mao Her 's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

13.    Plaintiff Bee Lee is a low-wage worker. Her current salary is $8.00 an hour. Her year-to-date income in 2008, as of September 2008, was approximately $9,630.00. Her income in 2007 was approximately $24,161.13. Her income in 2006 was approximately $19,416.20. Ms. Lee's income in 2005 was approximately $19,670.60. In 2004, her income was approximately $18,287.20. Her income in 2003 was approximately $18,155.55. Her income in 2002 was approximately $15,123.33. Her income in 2001 was approximately $15,186.43. In 2000, her income was approximately $4,545.26. Her income was approximately $5,921.70 in 1999. Attached hereto as Exhibit G in support of Plaintiffs' Oppositions is Plaintiff Bee Lee's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

14.    Plaintiff Bao Nhia Moua is a low-wage worker. Her current salary is $9.87 an hour. Her year-to-date income in 2008, as of September 2008, was approximately $15,188.00. Ms. Moua's income in 2007 was approximately $24,605.63. In 2006, her income was approximately $18,810.58. Her income in 2005 was approximately $17,993.26. Her income in 2004 was approximately $16,324.94. In 2003, Ms. Moua's income was approximately $15,846.00. Her

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

income was approximately $9,270.95 in 2002.  In 2002, her income was approximately $1,276.80.

In 2001, her income was approximately $6,555.57.  Attached hereto as Exhibit H in support of

Plaintiffs' Oppositions is Plaintiff Bao Nhia Moua's Further Supplemental Responses to

Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

15.    Plaintiff Mai Mee Moua is a low-wage worker.  Her current salary is $8.50 per hour.

In 2006, Ms. Moua's income was approximately $24,444.92.  Her income in 2005 was

approximately $20,104.69.  Her income in 2000 was approximately $10,473.58. In 1999, her income

was approximately $8,202.90.  Attached hereto as Exhibit I in support of Plaintiffs' Oppositions is

Plaintiff Mai Mee Moua's Further Supplemental Responses to Defendant's Interrogatories, Nos.

122, 123 & 147, dated October 2, 2008, and Verification.

16.    Plaintiff Paula Martinez has been an in-home caretaker for her disabled husband since

2004 and has, thus, not been employed for the last four years.  In 2004, Ms. Martinez's income was

approximately $4,075.64.  In 2002, her income was approximately $3,083.06.  Ms. Martinez was

unemployed in 2001.  In 2000, her income was approximately $6,303.37.  Her income in 1999 was

approximately $1,666.75.  Attached hereto as Exhibit J in support of Plaintiffs' Oppositions is

Plaintiff Paula Martinez's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122,

123 & 147, dated October 2, 2008, and Verification.

17.    Plaintiff Maria Medina is self-employed.  She currently earns between $800 to $1,300

per month, which totals between $9,600.00 and $15,600.00 each year. This has been her salary each

year since 2002, except for in 2007, when it was approximately between $11,274.00 and $17,274.00.

In 2000 and 2001, Ms. Medina's combined income totaled $20,792.00. Attached hereto as Exhibit K

in support of Plaintiffs' Oppositions is Plaintiff Maria Medina's Further Supplemental Responses to

Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

1
2
3
4
5
6
7
8
9
10

18.     Plaintiff Margarita Mendoza has been retired since 2004.  Ms. Mendoza is separately submitting a Declaration in Support of Plaintiffs' Oppositions, in which she declares that apart from Social Security benefits, she has no income. Before retiring, Ms. Mendoza was a low-wage worker. In 2004, Ms. Mendoza's income was approximately $8,636.26.  Her income in 2003 was approximately $10,357.63.  Her income in 2002 was approximately $12,849.39.  Her income in 2001 was approximately $14,003.31.  In 2000, her income was approximately $11,325.10.  In 1999, her income was approximately $5,179.08.  Attached hereto as Exhibit L in support of Plaintiffs' Oppositions is Plaintiff Margarita Mendoza's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

11
12
13
14
15
16
17

19.     Plaintiff Isidra Murillo has been retired since 1999, and she has not worked since her layoff from Defendant NIBCO, Inc. in 1998.  Ms. Murillo is separately submitting a Declaration in Support of Plaintiffs' Oppositions, in which she declares that apart from Social Security benefits, she has no income. Before retiring, Ms. Murillo was a low-wage worker.  Attached hereto as Exhibit M in support of Plaintiffs' Oppositions is Plaintiff Isidra Murillo's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

18
19
20
21
22
23
24
25
26
27

20.     Plaintiff Maria Navarro is a low-wage worker.  Her current salary is $8.75 per hour. Her year-to-date income in 2008, as of September 2008, was approximately $3,859.73. Ms. Navarro's income in 2007 was approximately $14,809.84.  In 2005, her income was approximately $14,247.39.  In 2004, her income was approximately $2,158.13.  Her income in 2002 was approximately $16,243.08.  In 2001, her income totaled approximately $6,482.41.  In 2000, her income was approximately $11,468.50.  Her income totaled approximately $8,086.69 in 1999. Attached hereto as Exhibit N in support of Plaintiffs' Oppositions is Plaintiff Maria Navarro's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated

28

1    October 2, 2008, and Verification.

2         21.    Plaintiff Vath Rattanatay is a low-wage worker.  Unable to secure employment since

3    her layoff from Defendant NIBCO, Inc. in 1988, Ms. Rattanatay has been helping her husband with

4    agricultural fieldwork on their small farm   Her year-to-date income in 2008, as of September 2008,

5
     was approximately $4,000.00. In 2007, Ms. Rattanatay's income was approximately $7,000.00.  Her
6
     income in 2006 was approximately $7,950.00.  Her income was approximately $6,000.00 in 2005.
7
     In 2004, her income was approximately $5,000.00.  In 2003, Ms. Rattanatay's income was
8
9    approximately $3,000.00.  In 2002, her income was approximately $6,000.00.  In 2001, her income

10   was approximately $8,000.00.  Her income in 2000 was approximately $6,500.00, and in 1999, it

11   was approximately $776.00. Attached hereto as Exhibit O in support of Plaintiffs' Oppositions is

12   Plaintiff Vath Rattanatay's Further Supplemental Responses to Defendant's Interrogatories, Nos.
13
     122, 123 & 147, dated October 2, 2008, and Verification.
14
         22.    Plaintiff Martha Rivera is a low-wage worker.  Her year-to-date income in 2008, as of
15
16   September 2008, was approximately $17,000.00. In 2007, Ms. Rivera's income was approximately

17   $31,039.00.  In 2006, her income was approximately $23,267.00.  Ms. Rivera's income in 2005 was

18   approximately $31,510.24.  In 2004, her income was approximately $26,840.43.  Her income was

19   approximately $22,341.22 in 2003.  In 2002, her income was approximately $29,020.55.  In 2001,
20
     Ms. Rivera's income was approximately  $19,765.24.  In 1999, her income totaled approximately
21
22   $2,575.83.  Attached hereto as Exhibit P in support of Plaintiffs' Oppositions is Plaintiff Martha

23   Rivera's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147,

24   dated October 2, 2008, and Verification.

25        23.    Plaintiff Ofelia Rivera has been retired since 2005.  Ms. Rivera is separately
26
     submitting a Declaration in Support of Plaintiffs' Oppositions, in which she declares that apart from
27

28
     CASE NO.  CIV F-99-6443 OWW SMS                                                      PAGE 7
     DECLARATION OF CAROLE VIGNE IN SUPPORT OF PLAINTIFFS'
     OPPOSITIONS TO DEFENDANT'S BILL OF COSTS

Social Security benefits, she has no income.  Before retiring, Ms. Rivera was a low-wage worker.  In 2005, Ms. Rivera's income was approximately $5,048.63.  Her income in 2004 was approximately $13,431.39.  Her income in 2003 was approximately $12,003.75.  Her income in 2002 was approximately $14,494.27.  In 2001, her income was approximately $5,490.38.  In 1999, her income was approximately $2,070.03.  Attached hereto as Exhibit Q in support of Plaintiffs' Oppositions is Plaintiff Ofelia Rivera's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

24.    Plaintiff Sara Rivera is a low-wage worker. Her current salary is $10.00 per hour. Her year-to-date income in 2008, as of September 2008, is approximately $13,122.00.  Ms. Rivera's income in 2007 was approximately $13,627.98.  Her income in 2006 was approximately $13,545.51.  In 2005, her income was approximately $3,414.39.  In 2004, her income was approximately $10,681.32.  Her income in 2002 was approximately $20,238.07.  In 2001, her income totaled approximately $6,555.80.  In 1999, her income was approximately $2,039.83.  Attached hereto as Exhibit R in support of Plaintiffs' Oppositions is Plaintiff Sara Rivera's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

25.    Plaintiff Maria Rodriguez is a low-wage worker. Currently, Ms. Rodriguez's salary is between $150 and $300 per week.  In 2006 and 2007, her salary was $150 per week, totaling approximately $5,000 each year. In 2005, her salary was between $100 and $150 per week; in 2004, her salary was $100 per week.  In 2003, Ms. Rodriguez's income was approximately $18,096.15.  In 2002, her income was approximately $14,556.66.  Her income was approximately $14,040.01 in 2001.  In 2000, her income was approximately $272.00.  In 1999, Ms. Rodriguez's income totaled approximately $5,722.04.  Attached hereto as Exhibit S in support of Plaintiffs' Oppositions is

Plaintiff Maria Rodriguez's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

26.     Plaintiff Maria Ruiz is a low-wage worker. Her current salary is $8.50 per hour. Her year-to-date income in 2008, as of September 2008, is approximately $7,838.00.  In 2006, her income, between February and December, totaled approximately $3,016.00.   Her income between January and June 2005 totaled approximately $1,569.20. In 2004, her income was approximately $16,808.92.  In 2003, her income was approximately $16,041.41.  Her income totaled approximately $3,366.57 in 2002. In 2001, her income was approximately $10,357.20.  In 1999, Ms. Ruiz's income totaled approximately $2,496.45.  Attached hereto as Exhibit T in support of Plaintiffs' Oppositions is Plaintiff Maria Rodriguez's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

27.     Plaintiff Maria Valdivia is a low-wage worker.  Her current salary is $9.65 per hour.  Her year-to-date income in 2008, as of September 2008, is approximately $10,423.00.  In 2007, her income was approximately $13,079.00.  In 2006, her income was approximately $14,011.80.  Ms. Valdivia's income totaled approximately $5,520.00 in 2005.  In 2004, Ms. Valdivia's income was approximately $15,706.86. In 2003, her income was approximately $15,236.00.  In 2002, her income was approximately $16,142.08.  Ms. Valdivia's income totaled approximately $6,482.41 in 2001.  In 2000, her income totaled approximately $12,012.63.  In 1999, her income was approximately $5,596.55.  Attached hereto as Exhibit U in support of Plaintiffs' Oppositions is Plaintiff Maria Valdivia 's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

28.     Plaintiff Sy Vang is a low-wage worker.  Her current salary is $8.50 per hour.  Her year-to-date income in 2008, as of September 2008, is approximately $8,500.00.  In 2007, her

income totaled approximately $11,105.17.  Between 2005 and 2006, her salary ranged from $6.00 an hour to $8.50 an hour.  In 2004, her income was approximately $11,147.51.  Ms. Vang's income was approximately $10,881.00 in 2003.  In 2002, her income was approximately $14,535.07.  Between September 2000 and December 2001, her salary was $7.20 per hour, and her income was approximately $14,264.64.  Between February and September 2000, her salary was $5.75 per hour, and her income was approximately $2,300.00.  In 1999, Ms. Vang's income was approximately $3,180.74.  Attached hereto as Exhibit V in support of Plaintiffs' Oppositions is Plaintiff Sy Vang's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

29.    Plaintiff Mai Youa Xiong is a low-wage worker.  Her current salary $8.75 per hour. Her year-to-date income in 2008, as of September 2008, is approximately $14,301.15.  In 2007, her income totaled approximately $19,299.11.  In 2006, her income totaled approximately $15,559.06. Her income totaled approximately $8,751.97 in 2005.  In 2004, Ms. Xiong's income was approximately $14,939.80.  In 2003, her income was approximately $16,452.81.  Her income was approximately $15,639.49 in 2002.  In 2001, her income was approximately $13,882.25.  In 2000, her income was approximately $7,223.27.  Between September 1999 and December 1999, Ms. Xiong's salary was $6.70 and her income was $4,306.49.  Between August 1998 and September 1999, Ms. Xiong's salary was $5.75, and her income was $4,349.32.  Attached hereto as Exhibit W in support of Plaintiffs' Oppositions is Plaintiff Mai Youa Xiong's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

30.    Plaintiff See Yang is a low-wage worker.  Her year-to-date income in 2008, as of September 2008, is approximately $16,800.00.  In 2007, her income was approximately $15,371.00. In 2006, her income was approximately $4,000.00.  Ms. Yang's income was approximately

$45,600.00 in 2005. In 2004, her income totaled approximately $24,845.45. In 2003, Ms. Yang's income totaled approximately $10,526.78. Her income in 2002 was approximately $15,100.54. In 2001, her income totaled approximately $18,366,06. In 2000, her income was approximately $17,049.62. In 1999, her income was approximately $11,446.58. Between August and December 1998, her salary was $5.75 per hour, and her income was approximately $4,634.27. Attached hereto as Exhibit X in support of Plaintiffs' Oppositions is Plaintiff See Yang's Further Supplemental Responses to Defendant's Interrogatories, Nos. 122, 123 & 147, dated October 2, 2008, and Verification.

31.     Defendant NIBCO, Inc., according to its website (http://www.nibco.com/cms.do?id=39),  is a multi-national corporation, which manufactures flow-control products that are used in residential, commercial, industrial, fire protection and irrigation applications worldwide. Headquartered in Indiana, Defendant NIBCO, Inc. operates 12 manufacturing plants located within the United States and abroad.

32.     As evidenced by Defendant NIBCO, Inc.'s production during discovery, Defendant NIBCO. Inc. is a successful corporation. In 1999, Defendant NIBCO, Inc.'s net income totaled $22,734,000, and total assets equaled $266,747,000. Attached hereto as Exhibit Y in support of Plaintiffs' Oppositions is Defendant NIBCO, Inc.'s 1999 Annual Report, produced during discovery and Bates-stamped NIBCO 60345-60369.

33.     Attached hereto as Exhibit Z in support of Plaintiffs' Oppositions is Plaintiffs' Objections to Defendant's Exhibit "A" (Depositions of Witness Testifying at Trial).

34.     Attached hereto as Exhibit AA in support of Plaintiffs' Oppositions is Plaintiffs' Objections to Defendant's Exhibit "B" (Depositions of Witness Testimony Used in Connection with Motions For Summary Judgment).

1

2

35.    Attached hereto as Exhibit BB in support of Plaintiffs' Oppositions is Plaintiffs'

Objections to Defendant's Exhibit "C" (Other Depositions in the Course of this Case).

3

4

36.    Attached hereto as Exhibit CC in support of Plaintiffs' Oppositions is Plaintiffs'

Objections to Defendant's Exhibit "D" (Videotape Recording of Depositions).

5

6

7

37.    Attached hereto as Exhibit DD in support of Plaintiffs' Oppositions is Plaintiffs'

Objections to Defendant's Exhibit "E" (Witness Fees: Testimony at Trial).

8

9

38.    Attached hereto as Exhibit EE in support of Plaintiffs' Oppositions is Plaintiffs'

Objections to Defendant's Exhibit "F" (Witness Fees: Served but Not Called at Trial).

10

11

39.    Attached hereto as Exhibit FF in support of Plaintiffs' Oppositions is Plaintiffs'

Objections to Defendant's Exhibit "G" (Rough Transcript Fees).

12

13

14

15

40.    Attached hereto as Exhibit GG in support of Plaintiffs' Oppositions is Plaintiffs'

Objections to Defendant's Exhibit "H" (Exemplification and Copies of Papers Necessarily Obtained

For Use in this Case: Trial Exhibits).

16

17

41.    Attached hereto as Exhibit HH in support of Plaintiffs' Oppositions is Plaintiffs'

Objections to Defendant's Exhibit "I" (Witness Travel).

18

19

20

I declare under penalty of perjury under the laws of the United States and the State of

California that the foregoing is true and correct, and that this declaration was executed in San

Francisco, California on December 22, 2008.

21

22

23

//s// Carole Vigne_____

CAROLE VIGNE

24

25

26

27

28