Christopher Ho, SBC No. 129845
Christina N. Chung, SBC No. 194630
Carole Vigne, SBC No. 251829
The LEGAL AID SOCIETY -
 EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA 94107-1387
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

William J. Smith, SBC No. 056116
Shelley G. Bryant, SBC No. 222925
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 432-0986
Facsimile: (559) 432-4871

Marielena Hincapié, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, California 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation<br><br>Defendant. | No. CIV F-99-6443 OWW SMS<br><br>**DECLARATION OF MARGARITA MENDOZA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S COST BILL** |

Case No. CIV F-99-6443 OWW SMS                                                         PAGE 1

I, MARGARITA MENDOZA, declare as follows:

1. I am one of the plaintiffs in the within action. I make this declaration in opposition to defendant's Cost Bill.

2. I am personally familiar with the matters set out in this declaration, and could and would competently testify thereto if called as a witness.

3. I retired in 2004, and I have not worked since then.

4. Apart from my social security benefits, I have no income.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that the contents of the declaration were interpreted for me into Spanish, and that this declaration was executed in Fresno, California on December 19, 2008.

*Margarita Mendoza*

MARGARITA MENDOZA