Christopher Ho, SBC No. 129845
Christina N. Chung, SBC No. 194630
Carole Vigne, SBC No. 251829
The LEGAL AID SOCIETY --
    EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

William J. Smith, SBC No. 056116
Shelley G. Bryant, SBC No. 222925
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 432-0986
Facsimile: (559) 432-4871

Marielena Hincapié, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 1850
Los Angeles, California 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911

Attorneys for Plaintiffs

FILED
DEC 2 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | No. CIV F-99-6443 OWW SMS<br><br>**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**<br><br>[Fed.R.App.Proc. 4(a)(5)]<br><br>[Hon. Oliver W. Wanger] |

[PROPOSED] ORDER RE EX PARTE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL
Case No. CIV F-99-6443 OWW SMS

1  The Court has considered plaintiffs' *ex parte* Motion For Extension Of Time To File Notice Of
2  Appeal, and reviewed the papers submitted in support thereof.
3  Good cause appearing, IT IS HEREBY ORDERED that plaintiffs may have up until and
4  including January 16, 2009 to file any notices of appeal from the judgment in this matter.
5  **IT IS SO ORDERED.**

7  Dated: December 24, 2008    _____
                                OLIVER W. WANGER
                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE EX PARTE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL   1
Case No. CIV F-99-6443 OWW SMS