Christopher Ho, SBC No. 129845
Christina N. Chung, SBC No. 194630
Carole Vigne, SBC No. 251829
The LEGAL AID SOCIETY --
  EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

William J. Smith, SBC No. 056116
Shelley G. Bryant, SBC No. 222925
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone:  (559) 432-0986
Facsimile:  (559) 432-4871

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG, <br><br> Plaintiffs, <br><br> v. <br><br> NIBCO, INC., an Indiana corporation, <br><br> Defendant. | No. CIV F-99-6443 OWW SMS <br><br> **NOTICE OF APPEAL** <br><br> [Hon. Oliver W. Wanger] |

**NOTICE OF APPEAL**
**Case No. CIV F-99-6443 OWW SMS**

**NOTICE IS HEREBY GIVEN** that MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG, plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on December 1, 2008.

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), attached hereto as Exhibit A is plaintiffs' Representation Statement.

Dated:  January 14, 2009            Respectfully submitted,

                                    Christopher Ho
                                    Christina N. Chung
                                    Carole Vigne
                                    The LEGAL AID SOCIETY –
                                       EMPLOYMENT LAW CENTER

                                    William J. Smith
                                    Shelley G. Bryant
                                    W.J. SMITH & ASSOCIATES


                        By:   /s/ Christopher Ho_____
                                    CHRISTOPHER HO

                                    Attorneys for Plaintiffs

**NOTICE OF APPEAL**                                                      1
**Case No. CIV F-99-6443 OWW SMS**