USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: | JUDGE: |
|---|---|---|
| | DISTRICT COURT NUMBER: | |
| | DATE NOTICE OF APPEAL FILED: | IS THIS A CROSS APPEAL?  ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:
- ☐ Possibility of Settlement
- ☐ Likelihood that intervening precedent will control outcome of appeal
- ☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

- ☐ Any other information relevant to the inclusion of this case in the Mediation Program

- ☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION |||||
|---|---|---|---|---|
| **JURISDICTION** || **DISTRICT COURT DISPOSITION** |||
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED || RELIEF |
| ☐ FEDERAL QUESTION<br>☐ DIVERSITY<br>☐ OTHER (SPECIFY): | ☐ FINAL DECISION OF DISTRICT COURT<br><br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br><br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL/JURISDICTION<br>☐ DISMISSAL/MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT/COURT DECISION<br>☐ JUDGMENT/JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☐ OTHER (SPECIFY): || ☐ DAMAGES:<br>  SOUGHT $<br>  AWARDED $<br>☐ INJUNCTIONS:<br>  ☐ PRELIMINARY<br>  ☐ PERMANENT<br>  ☐ GRANTED<br>  ☐ DENIED<br>☐ ATTORNEY FEES:<br>  SOUGHT $<br>  AWARDED $<br>☐ PENDING<br>☐ COSTS: $ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

**Signature**         **Date**

## COUNSEL WHO COMPLETED THIS FORM

| NAME | |
|---|---|
| FIRM | |
| ADDRESS | |
| CITY | STATE | ZIP CODE |
| E-MAIL | TELEPHONE |
| FAX | |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL. \*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***