**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

**USCA NUMBER: _____**
USCA, please fill in your case number on the
copy provided and <u>return</u> to the US District
Court.

TO:          **CLERK, U.S. COURT OF APPEALS**

FROM:        **CLERK, U.S. DISTRICT COURT**

SUBJECT:     **NEW APPEALS DOCKETING INFORMATION**

<u>CASE INFORMATION</u>

| | |
|---|---|
| USDC Number: | **1:99–CV–06443–OWW–SMS** |
| USDC Judge: | **JUDGE OLIVER W. WANGER** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **MARTHA RIVERA vs. NIBCO INC** |
| Type: | **CIVIL** |
| Complaint Filed: | **10/1/1999** |
| Appealed Order/Judgment Filed: | **12/2/2008** |
| Court Reporter Information: | **Karen Lopez** |

<u>FEE INFORMATION</u>

**Fee Status: Not Paid – Billed**

Information prepared by: /s/ **S. Martin , Deputy Clerk**