**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 10 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARTHA RIVERA; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> NIBCO, INC.,, an Indiana corporation, <br><br> Defendant - Appellee. | No. 09-15136 <br><br> D.C. No. 1:99-CV-06443-OWW-SMS <br> Eastern District of California, <br> Fresno <br><br> ORDER |

The appellee's opposed motion to strike the appendix to the appellants' opening brief and all portions of the opening brief relying thereon, any future response, and all future related filings are referred for disposition to the panel that considers the merits of the case.

The appellee's request to modify the remainder of the briefing schedule is granted. The answering brief is due June 29, 2009. The optional reply brief is due within 14 days after service of the answering brief.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Teresa A. Haugen, Deputy Clerk
> 9th Cir. R. 27-7/Advisory Note to R. 27
>         and 9th Cir. R. 27-10

tah/06.08.09/Pro Mo