AO 133 (Rev. 4/03) Bill of Costs

# UNITED STATES DISTRICT COURT
Eastern District of California

MARTHA RIVERA, et al.

v.

NIBCO, INC., an Indiana corporation

**BILL OF COSTS**

Case Number: CIV F-99 6443 OWW SM

FILED
OCT 07 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Judgment having been entered in the above entitled action on December 1, 2008 against Plaintiffs,
the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Exhibits A, B and C) | ~~46,056.69~~ 44,072.06 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) (Exhibits E and F) | ~~5,071.12~~ 1,863.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (Exhibit H) | 25,132.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) (Exhibits D, G and I) | ~~25,968.18~~ 13,367.34 |
| **TOTAL** | ~~102,227.99~~ $84,434.40 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: See attached

Signature of Attorney: _[signed]_

Name of Attorney: William C. Hahesy

For: Defendant Nibco, Inc.
Name of Claiming Party

Date: December 5, 2008

Costs are taxed in the amount of $84,434.40 and included in the judgment.

Victoria C. Minor
Clerk of Court

By _[signed]_  Deputy Clerk    10-7-09  Date

AO-133E