Christopher Ho, SBC No. 129845
The LEGAL AID SOCIETY --
    EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

William J. Smith, SBC No. 056116
Shelley G. Bryant, SBC No. 222925
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone:  (559) 432-0986
Facsimile:  (559) 432-4871

Marielena Hincapié, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 1850
Los Angeles, California 90010
Telephone:  (213) 639-3900
Facsimile:  (213) 639-3911

Attorneys for Plaintiffs

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>                Plaintiffs,<br><br>   v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>                Defendant. | No. CIV F-99-6443 OWW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS**<br><br>Date:  December 14, 2009<br>Time:  10:00 a.m.<br>Ctrm:  3<br><br>[Hon. Oliver W. Wanger] |

1  This Court has before it Plaintiffs' Motion for an order to review the Clerk of the Court's
2  taxation of costs and to deny Defendant Nibco, Inc.'s cost bill in full.
3  Upon consideration of all papers filed in this matter and the arguments of counsel, and good
4  cause appearing, IT IS HEREBY ORDERED that plaintiffs' motion is GRANTED.

6  **IT IS SO ORDERED.**

8  Dated: _____, 20\_\_\_

_____
THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

28  [Proposed] Order Granting Plaintiffs' Motion                    Case No. CIV F-99-6443 OWW
For Review Of Clerk's Taxation Of Costs