Michael S. Helsley #199103
**JONES HELSLEY PC**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
Email: mhelsley@joneshelsley.com

William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant Nibco, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | Case No. CIV F-99 6443 OWW SMS<br><br>**OBJECTIONS BY DEFENDANT NIBCO, INC. TO DECLARATION OF CAROL VIGNE FILED DECEMBER 22, 2008 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S BILL OF COSTS**<br><br>Hearing Date: December 14, 2009<br>Time: 10:00 a.m.<br>Courtroom: 3<br><br>Judge: Hon. Oliver W. Wanger |

///

///

///

Y:\Nibco\Pldg\Objection to Vigne Dec.doc         1

Defendant Nibco, Inc. hereby objects to the Declaration of Carol Vigne[1] as follows:

1. Objection to paragraph 6. Lack of personal knowledge. Evid. Code, R. 602; improper conclusion. Evid. Code, R. 701. Plaintiffs have not submitted any evidence concerning their financial resources independent of their claimed historical wages. The declarant has no basis for making statements concerning the extent of the Plaintiffs' financial resources.

DATED: 11/23/09

William C. Hahesy,
Attorney for Defendant
Nibco, Inc.

---

[1] The notice of motion in this case states that is based in part on "other papers previously filed in this matter." To the extent those papers include this declaration, Defendant submits its objections.

Y:\Nibco\Pldg\Objection to Vigne Dec.doc    2

OBJECTIONS BY DEFENDANT NIBCO, INC. TO DECLARATION OF CAROL VIGNE FILED DECEMBER 22, 2008 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S BILL OF COSTS