Christopher Ho, SBC No. 129845
The LEGAL AID SOCIETY --
    EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

William J. Smith, SBC No. 056116
Shelley G. Bryant, SBC No. 222925
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 432-0986
Facsimile: (559) 432-4871

Marielena Hincapié, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 1850
Los Angeles, California 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911

Attorneys for Plaintiffs
MARTHA RIVERA, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | No. CIV F-99-6443 OWW SMS<br><br>**DECLARATION OF JOHN T. AFFELDT**<br><br>[Fed.R.Civ.P. 54(d)(1); Civ. L.R. 54-292(e)]<br><br>Date: December 14, 2009<br>Time: 10 a.m.<br>Ctrm: 3<br><br>[Hon. Oliver W. Wanger] |

DECLARATION OF JOHN T. AFFELDT
Case No. CIV F-99-6443 OWW SMS

I, JOHN T. AFFELDT, declare as follows:

1. I am a managing attorney at Public Advocates, Inc., a non-profit public interest law firm that initiated the *Association of Mexican-American Educators v. State of California*, U.S.D.C., N.D. Cal., No. CV-92-3874 WHO ("*AMAE*"), case in 1992. During the trial of this case and the ensuing appeals to the U.S. Court of Appeals for the Ninth Circuit, I was plaintiffs' lead counsel.

2. In that capacity, I was the primary drafter of the *AMAE* plaintiffs' costs objections in the district court and of the opposition brief in the Ninth Circuit on the costs issue (as well as of the opening and reply briefs on the merits in the Ninth Circuit) and I argued the appeals before the three-judge and the *en banc* panels. Thus, the matters contained herein are of my own personal knowledge, and I could and would testify competently thereto if called as a witness.

3. After the *AMAE* trial was concluded, defendants State of California and the California Commission on Teacher Credentialing (collectively, the "State") filed a bill of costs with the Clerk of the Court. A true and correct copy of the State's cost bill, exclusive of voluminous attachments, is appended hereto as Exhibit A.

4. Attached hereto as Exhibit B is a true and correct copy of the State's brief in support of its bill of costs.

5. Attached hereto as Exhibit C is a true and correct copy of the *AMAE* plaintiffs' opposition to the State's bill of costs. There was no additional evidence or briefing submitted in opposition before the district court.

6. Attached hereto as Exhibit D is a true and correct copy of the State's reply brief in support of its bill of costs.

7. The Clerk of the district court did not make any determination on the State's bill of costs. Instead, the district judge ruled directly on the State's submission. Attached hereto as Exhibit E is a true and correct copy of the order of U.S. District Judge William H. Orrick denying the State's bill of costs in its entirety.

8. Attached hereto as Exhibit F is a true and correct copy of the PACER docket for the *AMAE* litigation in the district court.

DECLARATION OF JOHN T. AFFELDT
Case No. CIV F-99-6443 OWW SMS

1

9. In October of 1996, the *AMAE* plaintiffs filed an appeal from the merits decision of the district court with the Ninth Circuit. *Association of Mexican-American Educators v. State of California*, No. 96-17131.

10. Defendants filed a cross-appeal from Judge Orrick's order denying the State's cost bill (Ninth Circuit Case No. 97-15422). This cross-appeal was heard and decided together with the plaintiffs' merits appeal. Attached hereto as Exhibit G is a true and correct copy of the State's opening brief with respect to its cross-appeal.

11. Attached hereto as Exhibit H is a true and correct copy of the plaintiffs' opposition brief in the cross-appeal.

12. Attached hereto as Exhibit I is a true and correct copy of the State's reply brief in the cross-appeal.

13. Attached hereto as Exhibit J is a true and correct copy of the PACER docket for the *AMAE* appeal in the Ninth Circuit.

14. As is evident from the attached district court materials, the district court had no specific financial information whatsoever before it regarding the *AMAE* plaintiffs' ability to satisfy the State's cost bill when it issued its order denying that cost bill in its entirety.

15. As is also evident from the attached materials, the only information contained in the record on appeal that even remotely bore in any manner upon the *AMAE* plaintiffs' economic status was that set forth at pages 4-5 of the plaintiffs' opposition brief to the cross-appeal. Exhibit H at 4-5. This information, which referenced the district court's decision on the merits, the plaintiffs' class certification declarations and deposition or trial testimony, only identified the individual plaintiffs' current employment.

16. As pointed out by the State, the *AMAE* plaintiffs had successfully resisted all attempts to discover their ability to pay the costs of the *AMAE* litigation. Exhibit D, 4:19-22.

//

//

//

DECLARATION OF JOHN T. AFFELDT
Case No. CIV F-99-6443 OWW SMS

2

1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct, and that this declaration was executed at San
3  Francisco, California on December 7, 2009.

_____
JOHN T. AFFELDT

DECLARATION OF JOHN T. AFFELDT
Case No. CIV F-99-6443 OWW SMS

3