1  Michael S. Helsley #199103
   **JONES HELSLEY PC**
2  8365 N. Fresno Street, 3rd Floor
   P.O. Box 28340
3  Fresno, CA  93729
   Telephone:  (559) 233-4800
4  Facsimile: (559) 233-9330

5  William C. Hahesy, #105743
   **LAW OFFICES OF WILLIAM C. HAHESY**
6  225 W. Shaw Avenue, Suite 105
7  Fresno, CA  93704
   Telephone (559) 579-1230
8  Facsimile (559) 579-1231
   Email: bill@hahesylaw.com
9

10 Attorneys for Defendant Nibco, Inc.

11            **UNITED STATES DISTRICT COURT**

12          **EASTERN DISTRICT OF CALIFORNIA**

13

14 MARTHA RIVERA, MAO HER,             Case No. CIV F-99 6443 OWW
   ALICIA ALVAREZ, EVA ARRIOLA,        SMS
   PEUANG BOUNNHONG, CHHOM
15 CHAN, BEE LEE, PAULA                **DEFENDANT NIBCO, INC.'S**
   MARTINEZ, MARIA MEDINA, MAI         **MOTION TO STRIKE AND**
16 MEEMOUA, MARGARITA                  **OBJECTIONS TO**
   MENDOZA, BAO NHIA MOUA,             **DECLARATION OF WILLIAM R.**
17 ISIDRA MURILLO, MARIA               **TAMAYO AND DECLARATION**
   NAVARRO, VATH RATTANATAY,           **OF JOHN T. AFFELDT**
18 OFELIA RIVERA, SARA RIVERA,
   MARIA RODRIGUEZ, MARIA RUIZ,        Date:    December 14, 2009
19 MARIA VALDIVIA, SY VANG,            Time:    10:00 a.m.
   YOUA XIONG, and SEE YANG,           Ctrm.:   3
20
              Plaintiffs,              Judge:   Hon. Oliver W. Wanger
21
        v.
22
   NIBCO, INC., an Indiana corporation,
23
              Defendant.
24

25         Defendant Nibco, Inc. hereby moves to strike the Declaration of William R.

26 Tamayo and the Declaration of John T. Affeldt (and exhibits) filed in connection with the

27 Reply Brief on December 7, 2009.  This Motion is made pursuant to Local Rule 78.230 of the

28

DEFENDANT NIBCO, INC.'S MOTION TO STRIKE AND OBJECTIONS TO DECLARATION OF WILLIAM R.
TAMAYO

1    Local Rules of Court, including subdivision (b) thereof which provides in pertinent part as

2    follows:

> "The moving party shall file with the Clerk a notice of motion, motion,
> accompanying briefs, affidavits, if appropriate, and copies of all documentary
> evidence that the moving party intends to submit in support of the motion."

3

4

5    At the time Plaintiffs filed the motion they argued the issues that are covered by

6    these declarations. (See Plaintiffs' Motion for Review of Clerk's Taxation of Costs at 2: 6-.6:3;

7    6: 4-7:19.)    However, these two declarations were not submitted in connection with the

8    Plaintiffs' motion as required by Local Rule 78.230(b) of the Local Rules of Court.  Defendant

9    Nibco, Inc. therefore objects to and requests that the Court strike these two declarations.

10    Defendant further moves to strike and objects to the Declaration of William R.

11    Tamayo on the following additional grounds:

12        1.  Paragraph 4: Irrelevant.  Evid. R. 402; Lack of Foundation and Improper

13    Opinion. Evid. 702.

14        2.  Paragraph 5: Irrelevant.  Evid. R. 402; Lack of Foundation and Improper

15    Opinion. Evid. 702.

16        3.   Paragraph 6: Irrelevant.  Evid. R. 402; Lack of Foundation and Improper

17    Opinion. Evid. 702

18        4.  Paragraph 7: Irrelevant.  Evid. R. 402; Lack of Foundation and Improper

19    Opinion. Evid. 702

20        5. Paragraph 8: Irrelevant.  Evid. R. 402; Lack of Foundation and Improper

21    Opinion. Evid. 702

22        6.  Paragraphs 9, 10, 11, 12, 13 and 14: Irrelevant.  Evid. R. 402; Lack of

23    Foundation and Improper Opinion. Evid. 702.

24        Defendant further moves to strike and objects to the Declaration of John T.

25    Affeldt on the following additional grounds:

26        1.  Paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15,and 16 (and referenced

27    exhibits): Irrelevant. Evid. R. 402.

28

DEFENDANT NIBCO, INC.'S MOTION TO STRIKE AND OBJECTIONS TO DECLARATION OF WILLIAM R.
TAMAYO

1

2

3    DATED:  December ___7___, 2009          By: _____
                                                  William C. Hahesy,
4                                                 Attorney for Defendant
                                                  Nibco, Inc.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT NIBCO, INC.'S MOTION TO STRIKE AND OBJECTIONS TO DECLARATION OF WILLIAM R.
TAMAYO