UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 20 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARTHA RIVERA; et al.,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>    Defendant - Appellee. | No. 09-15136<br><br>D.C. No. 1:99-cv-06443-OWW-SMS<br>Eastern District of California, Fresno<br><br>ORDER |

Before: REINHARDT and HAWKINS, Circuit Judges, and SILER, Senior Circuit Judge. *

Judges Reinhardt and Hawkins have voted to deny the petition for panel rehearing. Judge Siler has voted to grant the petition for panel rehearing. Judge Reinhardt has voted to deny the petition for rehearing en banc, and Judges Hawkins and Siler so recommend. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petitions for rehearing and rehearing en banc are denied.

---

   *   The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.