UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARTHA RIVERA; et al.,

        Plaintiffs - Appellants,

v.

NIBCO, INC.,, an Indiana corporation,

        Defendant - Appellee.

No. 09-15136

D.C. No. 1:99-cv-06443-OWW-SMS
U.S. District Court for Eastern California, Fresno

**MANDATE**

The judgment of this Court, entered March 29, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Cost is awarded to the appellant in the amount of $694.14.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk