Form 10. Bill of Costs ..................................................................................................(Rev. 12-1-09)

**FILED JUN 1 1 2010** CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

**FILED APR 7 - 2010** MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS

## United States Court of Appeals for the Ninth Circuit

### BILL OF COSTS

Note: If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with 9th Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and 9th Circuit Rule 39-1 when preparing your bill of costs.

1:99-CV-6443-OWW-SMS

| | | | |
|---|---|---|---|
| Martha Rivera, et al. | v. | Nibco, Inc., an Indiana corporation | 9th Cir. No. 09-15136 |

The Clerk is requested to tax the following costs against: Defendant-Appellee Nibco, Inc.

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, 9th Cir. R. 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs. | Pages per Doc. | Cost per Page* | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page* | TOTAL COST |
| Excerpt of Record | 6 | 982 | $ 0.12 | $ 707.04 | 6 | 982 | $ .10 | $ 589.20 |
| Opening Brief | 11 | 59 | $ 0.09 | $ 58.41 | 11 | 59 | $ .09 | $ 58.41 |
| Answering Brief | | | $ | $ | | | $ | $ |
| Reply Brief | 11 | 47 | $ 0.09 | $ 46.53 | 11 | 47 | $ .09 | $ 46.53 |
| Other** Appendix | 6 | 251 | $ 0.12 | $ 180.72 | | | $ | $ |
| ** See Attachment for explanation | | | TOTAL: | $ 992.7 | | | TOTAL: | $ 694.14 |

* Costs per page may not exceed .10 or actual cost, whichever is less. 9th Circuit Rule 39-1.

** Other: Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to 9th Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys' fees **cannot** be requested on this form.

*Continue to next page.*

**Form 10. Bill of Costs -** *Continued*

I, Christopher Ho , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature /S/Christopher Ho

("s/" plus attorney's name if submitted electronically)

Date 4/7/2010

Name of Counsel: Christopher Ho, Legal Aid Society-Employment L

Attorney for: Plaintiffs Martha Rivera, et al.

(To Be Completed by the Clerk)

Date 6 9 10     Costs are taxed in the amount of $ 694.14

Clerk of Court

By: _____, Deputy Clerk

## ATTACHMENT 1 TO BILL OF COSTS
### (U.S. Court of Appeals for the Ninth Circuit Case No. 09-15136)

<u>Statement Explaining Why Plaintiffs'-Appellants' Appendix Should Be Taxed Pursuant To 9th Circuit Rule 39-1.</u>

Plaintiffs seek their costs related to their Appendix, since in the Court's March 25, 2010 Memorandum, plaintiffs' motion to take judicial notice of the matters contained therein was granted.

9th Circuit Case Number(s) | 09-15136 |

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*****************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) | Apr 7, 2010 | .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /S/ Pamela Mitchell |

*****************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) | | .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| |
| --- |
| |

Signature (use "s/" format) | |