Michael S. Helsley, #199103
**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
P.O. Box 28340
Fresno, CA 93729
Telephone (559) 233-4800
Facsimile (559) 233-9330
Email: mhelsley@joneshelsley.com

William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant NIBCO, Inc.

Christopher Ho, #129845
Araceli Martínez-Olguín, #235651
**THE LEGAL AID SOCIETY -**
   **EMPLOYMENT LAW CENTER**
180 Montgomery Street, Suite 600
San Francisco, CA 94104-4244
Telephone (415) 864-8848
Facsimile (415) 593-0096
Email: cho@las-elc.org

William J. Smith, #056116
Shelley G. Bryant, #222925
**SMITH & BRYANT, INC.**
2350 West Shaw Avenue, Suite 132
Fresno, CA 93711
Telephone (559) 432-0986
Facsimile (559) 432-4871
Email: wsmith@smithbryantlaw.com

Attorneys for Plaintiffs, MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG

Y:\Nibco\Pldg\Jt Stmt by Parties 5-2011 v2a.DOC                    1

**JOINT SCHEDULING CONFERENCE STATEMENT**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG, <br><br> Plaintiffs, <br><br> v. <br><br> NIBCO, INC., an Indiana corporation, <br><br> Defendant. | Case No. CIV F-99 6443 OWW SMS <br><br> **JOINT SCHEDULING CONFERENCE STATEMENT** <br><br> Date:  May 27, 2011 <br> Time:  8:15 a.m. <br> Ctrm.:  3 <br><br> Judge: Hon. Oliver W. Wanger |

Plaintiffs MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG ("Plaintiffs") and Defendant NIBCO, INC. ("NIBCO" or "Defendant") submit the following Joint Statement.

## I.

## STATUS OF THE CASE

This case was filed on October 1, 1999 (Dkt. 1). Discovery closed and the parties thereafter filed cross-motions for summary judgment on September 26, 2005. (Dkt. 276-316; 318-381; 384; 402-408; 413; 415-419.) The Court's order denying both cross-motions was issued on July 12, 2007. (Dkt. 436.)

///

The parties filed an extensive joint pretrial conference statement on August 4, 2008 (Dkt. 444), and the Court issued its 552-page Pretrial Order on August 21, 2008. The parties thereafter briefed, filed and argued numerous motions in limine. (Dkt. 448-484; 502-557.) Hearings were held over several days on over 125 motions in limine, including *Daubert* motions to strike the testimony of the parties' expert witnesses, with rulings issued thereon. (Dkt. 566, 569, 574, 579, 586, 593, 620, 621, 623, 624, 626, 634.) The parties also designated certain deposition testimony and submitted objections thereto. (See e.g. Dkt. 560-565; 575-578.) Proposed voir dire and jury instructions were submitted by the parties. (See e.g. Dkt. 576, 577; 590.) Trial briefs were submitted. (Dkt. 585, 589, 617-619.) Exhibit lists and objections thereto were submitted. (Dkt. 592; 597-598; 607.) Witness lists were exchanged.

The trial commenced on October 8, 2008, and consumed 27 trial days. Over forty witnesses were called, including all twenty-three plaintiffs and six expert witnesses. The jury ultimately ruled in favor of Defendant NIBCO. (Dkt. 696.) The U.S. Court of Appeals for the Ninth Circuit reversed the judgment in favor of Defendant NIBCO and ordered a new trial. (Dkt. 763.)

Defendant NIBCO, Inc. has ordered the transcript from the trial, and has been advised that the transcript will require over 30 days to prepare.

## II.

## SCHEDULING OF TRIAL

The parties have met and conferred concerning the scheduling of this case. As part of that meet and confer, the parties have agreed to participate in a mediation of this case in advance of a trial in this matter. It is requested that the Court thus conduct the scheduling of this case in two phases: (1) The Court would first set a date by which the mediation will be completed and also schedule a subsequent status conference after completion of the mediation and preparation of the trial transcript; and (2) at the subsequent status conference, the Court would then set the dates for the pretrial conference and trial.

Pursuant to the above, the parties request that the Court set the following initial schedule for this case:

1. **Completion of Mediation**: The parties request that the Court require the parties, if possible, to complete mediation by August 15, 2011, assuming the availability of an agreed-upon mediator for this case. In the event that the parties are not able to obtain the services of an agreed-upon mediator by that date, the parties will file a request that the Court continue this date;

2. **Subsequent Status Conference**: The parties request that the Court set a subsequent status conference to occur during or near the week of August 29, 2011, at which time the Court will, if appropriate, set a final pretrial conference and trial date. The parties will file a further status conference statement seven days prior to the subsequent status conference reporting on the outcome of the mediation and, as appropriate, proposing a further status conference for additional trial preparation purposes, and setting forth proposed dates for the final pretrial conference and trial.

In the event the Court instead desires to set further dates at this time, however, counsel for the parties suggest that the Court <u>conditionally</u> set this matter for trial beginning February 13, 2012, provided that counsel for Defendant NIBCO, Inc. are not still set for trial as of the date of the Final Pretrial Conference in an action known generally as *Perinatal Medical Group, Inc., et al. v. Children's Hospital Central California*, United States District Court, Eastern District of California, Action No. 1:09-cv-101273-LJO-MJS, which is set to start trial on March 5, 2012 and estimated to last until March 30, 2012, and in *Halliburton Energy v. State of California Department of Transportation*, Action No. F1500 CV-271420, which action is pending in Kern County Superior Court, and is scheduled to begin in March 2012. If Mr. William C. Hahesy or Mr. Helsley are still set for trial in either of those actions as of the date of the Final Pretrial Conference in this case, counsel for Defendant NIBCO, Inc. respectfully requests that the Court set the trial to begin August 27, 2012.

### III.

### SETTLEMENT CONFERENCE

As noted above, the parties have agreed to participate in a mediation of this matter.

///

## IV.
## JURY TRIAL

NIBCO requests a jury trial.

## V.
## BIFURCATION

The Court previously bifurcated the case into two phases – liability and damages. (Dkt. 423.)

Dated: May 20, 2011                LAW OFFICES OF WILLIAM C. HAHESY

                                   By:    /s/ William C. Hahesy
                                          William C. Hahesy
                                          Attorneys for Defendant,
                                          NIBCO, Inc.

Dated: May 20, 2011                THE LEGAL AID SOCIETY - EMPLOYMENT LAW
                                   CENTER

                                   By:    /s/ Christopher Ho
                                          Christopher Ho
                                          Araceli Martínez-Olguín
                                          Attorneys for Plaintiffs,
                                          MARTHA RIVERA, et al.