Christopher Ho, SBC No. 129845
Araceli Martínez-Olguín, SBC No. 235651
The LEGAL AID SOCIETY --
   EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848
Facsimile: (415) 593-0096

William J. Smith, SBC No. 056116
LAW OFFICES OF WILLIAM J. SMITH
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 432-0986
Facsimile: (559) 432-4871

Marielena Hincapié, SBC No. 188199
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 1850
Los Angeles, California 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911

Attorneys for Plaintiffs
MARTHA RIVERA, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>          Plaintiffs,<br><br>  v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>          Defendant. | No. CIV F-99-6443 SMS<br><br>**JOINT NOTICE OF IMPENDING SETTLEMENT**<br><br>[Hon. Sandra M. Snyder] |

Notice of Impending Settlement
Case No. CIV F-99-6443 SMS

1    Pursuant to Section III.1 of the Court's May 27, 2011 Supplemental Scheduling

2  Conference Order, the parties hereby notify the Court that they have reached a settlement in

3  principle in the above-captioned matter.  Although the terms of the settlement must still be

4  reduced to writing and executed by the parties, it is their belief that this will be accomplished

5  imminently and, in any event, prior to the previously set trial date of February 14, 2012.

6    To avoid further expenses associated with preparation of the previous trial transcript and

7  further trial preparation, the parties respectfully request that the Court vacate all pending dates,

8  including the trial date of February 14, 2012, and set a status conference on the settlement within

9  60 days.  By the date of the status conference the parties will notify the Court that the settlement

10  agreement is fully signed or provide a further status to the Court as to the date that all signatures

11  are expected and the stipulation for dismissal will be filed.

12    A Notice of Settlement will also be filed with the Court upon the settlement's

13  finalization.

14

15  Dated:  September 27, 2011              Respectfully submitted,

16                                          Christopher Ho
                                            Araceli Martínez-Olguín
17                                          The LEGAL AID SOCIETY –
                                              EMPLOYMENT LAW CENTER
18
                                            William J. Smith
19                                          LAW OFFICES OF WILLIAM J. SMITH

20
                                            Marielena Hincapié
21                                          NATIONAL IMMIGRATION LAW CENTER

22

23
                          By:    //s//    Christopher Ho_____
24                                         Christopher Ho

25                                          Attorneys for Plaintiffs
26                                          MARTHA RIVERA, et al.

27                                          - and-

28

Notice of Impending Settlement                                                    1
Case No. CIV F-99-6443 SMS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael S. Helsley #199103
JONES HELSLEY PC

William C. Hahesy, #105743
LAW OFFICES OF WILLIAM C. HAHESY

By:     //s//_____
                        William C. Hahesy

Attorneys for Defendant Nibco, Inc.