Michael S. Helsley #199103
**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
P.O. Box 28340
Fresno, CA  93729
T: (559) 233-4800
F: (559) 233-9330
Email: mhelsley@joneshelsley.com

William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA  93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant Nibco, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG,<br><br>      Plaintiffs,<br><br>  v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>      Defendant. | Case No. CIV F-99 6443 OWW SMS<br><br>**[PROPOSED] ORDER REGARDING NOTICE OF IMPENDING SETTLEMENT**<br><br>Judge:   Hon. Sandra M. Snyder |

The Court received the Joint Notice of Impending Settlement from the parties in this

case.  The Court has been advised that the parties have reached a settlement in principle subject

C:\DOCUME~1\JNAKAG~1\LOCALS~1\TEMP\WDGX\A50\OPEN\0002\00251177.DOC

1

**[PROPOSED] ORDER REGARDING NOTICE OF IMPENDING SETTLEMENT**

1  to the parties reducing it to writing and it being executed.  In order to avoid the further
2  expenses associated with the preparation of the previous trial transcripts and further trial
3  preparation costs, the Court hereby vacates all pending dates, including the pre-trial conference
4  scheduled for December 12, 2011, and the trial date of February 14, 2012, and sets a Status
5  Conference on the settlement for December ___, 2011, at _____.m. in Courtroom ____.

DATED: _____          _____
                             HONORABLE SANDRA M. SNYDER
                             UNITED STATES MAGISTRATE JUDGE

C:\DOCUME~1\JNAKAG~1\LOCALS~1\TEMP\WDGX\A50\OPEN\0002\00251177.DOC

2

**[PROPOSED] ORDER REGARDING NOTICE OF IMPENDING SETTLEMENT**