1  Michael S. Helsley #199103
   **JONES HELSLEY PC**
2  265 E. River Park Circle, Suite 310
3  P.O. Box 28340
   Fresno, CA  93729
4  T: (559) 233-4800
   F: (559) 233-9330
5  Email: mhelsley@joneshelsley.com

6  William C. Hahesy, #105743
   **LAW OFFICES OF WILLIAM C. HAHESY**
7  225 W. Shaw Avenue, Suite 105
8  Fresno, CA  93704
   Telephone (559) 579-1230
9  Facsimile (559) 579-1231
   Email: bill@hahesylaw.com
10

11 Attorneys for Defendant Nibco, Inc.

12                     **UNITED STATES DISTRICT COURT**

13                     **EASTERN DISTRICT OF CALIFORNIA**

14

15 MARTHA RIVERA, MAO HER,              Case No. 1:99-cv-06443 --SMS
   ALICIA ALVAREZ, EVA ARRIOLA,
16 PEUANG BOUNNHONG, CHHOM
   CHAN, BEE LEE, PAULA
17 MARTINEZ, MARIA MEDINA, MAI          **ORDER REGARDING NOTICE**
   MEEMOUA, MARGARITA                   **OF IMPENDING SETTLEMENT**
18 MENDOZA, BAO NHIA MOUA,
   ISIDRA MURILLO, MARIA
19 NAVARRO, VATH RATTANATAY,            Judge:    Hon. Sandra M. Snyder
   OFELIA RIVERA, SARA RIVERA,
20 MARIA RODRIGUEZ, MARIA RUIZ,
   MARIA VALDIVIA, SY VANG,
21 YOUA XIONG, and SEE YANG,

22              Plaintiffs,

23         v.

24 NIBCO, INC., an Indiana corporation,

25              Defendant.

26

27      The Court received the Joint Notice of Impending Settlement from the parties in this

28 case.  The Court has been advised that the parties have reached a settlement in principle subject

   to the parties reducing it to writing and it being executed.  In order to avoid the further

                                          1
   _____

1   expenses associated with the preparation of the previous trial transcripts and further trial

2   preparation costs, the Court hereby vacates all pending dates, including the pre-trial conference

3   scheduled for December 12, 2011, and the trial date of February 14, 2012, and sets a

4   TELEPHONIC STATUS CONFERENCE on the settlement for December 6, 2011, at 11:00

5   a.m. in Courtroom One before Judge Snyder.

6

7

8

9

10

11   IT IS SO ORDERED.

12      Dated:   **September 28, 2011**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28