| | |
|---|---|
| 1 | **Michael S. Helsley #199103** |
|  | **WANGER JONES HELSLEY PC** |
| 2 | 265 E. River Park Circle, Suite 310 |
|  | P.O. Box 28340 |
| 3 | Fresno, California  93729 |
|  | Email: mhelsley@wjhattorneys.com |
| 4 | Telephone:  (559) 233-4800 |
|  | Facsimile:  (559) 233-9330 |
| 5 | |
|  | William C. Hahesy, #105743 |
| 6 | **Law Offices of William C. Hahesy** |
|  | 225 W. Shaw Avenue, Suite 105 |
| 7 | Fresno, CA 93704 |
|  | Email: bill@hahesylaw.com |
| 8 | Telephone:  (559) 579-1230 |
|  | Facsimile:  (559) 579-1231 |

Attorneys for:     Defendant, NIBCO, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EVA ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATH RATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG, and SEE YANG, | Case No. CIV F-99 6443 |
| | **ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| Plaintiff(s), | |
| v. | Initial Complaint Filed: 10-1-99 |
| NIBCO, INC., an Indiana corporation, | |
| Defendant. | |

The parties having so stipulated and good cause appearing therefore:

{5098\004\00340964.DOC }                              1

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY ORDERED AS FOLLOWS:

1. The above-captioned action shall be dismissed in its entirety with prejudice.

2. Each Party to the Action shall bear her and/or its own attorneys fees, costs and expenses.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **December 7, 2011**                **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE