William C. Hahesy, State Bar No. 105743
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483
Emails: hahesy@sw2law.com

Attorneys for Defendant, NIBCO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIVERA, MAO HER, ALICIA ALVAREZ, EV A ARRIOLA, PEUANG BOUNNHONG, CHHOM CHAN, BEE LEE, PAULA MARTINEZ, MARIA MEDINA, MAI MEEMOUA, MARGARITA MENDOZA, BAO NHIA MOUA, ISIDRA MURILLO, MARIA NAVARRO, VATHRATTANATAY, OFELIA RIVERA, SARA RIVERA, MARIA RODRIGUEZ, MARIA RUIZ, MARIA VALDIVIA, SY VANG, YOUA XIONG and SEE YANG,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC., an Indiana corporation,<br><br>Defendant. | Case No.: 1:99-cv-06443-JLT-HBK<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT NIBCO, INC. TO RESPOND TO ADMINISTRATIVE MOTION OF CHRISTOPHER HO TO UNSEAL CERTAIN FILINGS AND ORDER RELATING TO THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER THEREON** |

**STIPULATION**

1. Christopher Ho, one the former Plaintiffs' counsel in the above-referenced matter, has filed an Administrative Motion to Unseal Certain Filings and Order Relating to the Parties' Cross Motions for Summary Judgment ("Administrative Motion").

2. On January 30, 2024, Defendant Nibco, Inc., through counsel, accepted service of this Administrative Motion.

3. On January 30, 2024, the Court issued its Minute Order giving Defendant Nibco, Inc. 21 days from the date of service to file a response to the motion. By Defendant Nibco, Inc.'s

1

calculation, the current deadline to respond is February 20, 2024.

      4.    Additional time is needed to respond to the Administrative Motion. Defendant Nibco, Inc. has thus requested, and the Plaintiff has agreed, to extend the deadline to Friday, February 23, 2024. This Stipulation is being submitted to the Court pursuant to that agreement.

Defendant Nibco, Inc. respectfully requests that the Court grant that additional time.

Dated: February ___, 2024           LEGAL AID AT WORK

                                        By:_____
                                            Christopher Ho

Dated: February ___, 2024           SAGASER, WATKINS & WIELAND PC

                                        By:_____
                                            William C. Hahesy
                                            Attorneys for Defendant, NIBCO, INC.

## [~~PROPOSED~~] ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline for Nibco, Inc. to respond to the Administrative Motion of Christopher Ho to Unseal Certain Filings and Order Relating to the Parties' Cross Motions for Summary Judgment shall be extended to and including Friday, February 23, 2024.

IT IS SO ORDERED.

Dated:   **February 14, 2024**                 _____
                                            UNITED STATES DISTRICT JUDGE

685038.3-016880.00002